Peter J. Benvenutti (Bar No. 60566)
Tobias S. Keller (Bar No. 151445)
Michaeline H. Correa (Bar No. 215215)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:      (415) 626-3939
Facsimile:      (415) 875-5700
Email:          pjbenvenutti@jonesday.com
                tkeller@jonesday.com
                mcorrea@jonesday.com

Attorneys for Debtor and Debtor in Possession
PLANT INSULATION COMPANY

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-31347-TC |
| PLANT INSULATION COMPANY, a California corporation, | Chapter 11 |
| Debtor. | **JONES DAY'S COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2009 THROUGH DECEMBER 31, 2009** |
| | [NO HEARING REQUIRED] |
| | Judge:      Hon. Thomas E. Carlson |

Jones Day (the "Firm") submits its Cover Sheet Application (the "Application") for

Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period

from December 1, 2009 through December 31, 2009 (the "Application Period"). In support of the

Application, the Firm respectfully represents as follows:

1.      The Firm is general bankruptcy counsel for debtor and debtor in possession Plant

Insulation Company (the "Debtor") in the above-referenced Chapter 11 case. The Firm hereby

applies to the Court for allowance and payment of interim compensation for services rendered

and reimbursement of expenses incurred during the Application Period.

2.      The Firm billed a total of $22,881.30 in fees and expenses during the Application Period.  The total fees represent 42.3 hours expended during the period covered by this Application.  These fee and expense breakdowns are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 12/1/09 – 12/31/09 | $22,160.00 | $721.30 | $22,881.30 |

3.      The Firm seeks allowance of interim compensation and reimbursement in the amount of a total of **$18,449.30** at this time, comprising **$17,728.00** (80% of the fees for services rendered) plus **$721.30** (100% of the expenses incurred).

4.      The following chart reflects (1) the post-petition compensation and expense reimbursement amounts the Firm has obtained authority to receive from the Debtor's estate pursuant to this Court's *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered September 26, 2009 (the "Interim Fee Procedures Order"), and (2) excluding the amounts sought by this Application, the post-petition compensation and expense reimbursement amounts that are currently due and owing to the Firm from the Debtor's estate:

| Fee Statement Period | Fees Sought (100%) | Expenses Sought (100%) | Fees Authorized (80%) | Expenses Authorized (100%) | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|
| 5/20/09-8/31/09 | $423,940.00 | $13,287.53 | $339,152.00 | $13,287.53 | $0.00 | $0.00 |
| 9/1/09 – 9/30/09 | $33,160.00 | $847.35 | $26,528.00 | $847.35 | $6,632.00 | $0.00 |
| 10/1/09 – 10/31/09 | $80,230.00 | $421.91 | $64,184.00 | $421.91 | $16,046.00 | $0.00 |
| 11/1/09 – 11/30/09 | $31,790.00 | $2,784.41 | $25,432.00 | $2,784.41 | $6,358.00 | $0.00 |

5.      Attached hereto as **Exhibit A** is the name of each professional who performed services in connection with this case during the Application Period, his or her hourly rate and the number of hours he or she billed to each matter.  Attached hereto as **Exhibit B** is the detailed billing statement for the Application Period.

Case: 09-31347   Doc# 452   Filed: 01/25/10   Entered: 01/25/10 11:44:21   Page 2 of 39

1      6.      On January 25, 2010, the Firm served a copy of this Application on the Office of

2 the United States Trustee, the Debtor, counsel for the Official Committee of Unsecured Creditors

3 (the "Committee"), and counsel for the Futures Representative appointed by the Court in this

4 case.

5      7.      On January 25, 2010, notice of the filing of this Application was served on the

6 Office of the United States Trustee, the Debtor, counsel to the Committee, counsel to Futures

7 Representative and any party who has requested special notice as of the date of the Notice.

8      8.      Pursuant to the Interim Fee Procedures Order, the Debtor is authorized to make the

9 payment requested herein, or the Firm is authorized to apply any funds it holds as a retainer in the

10 amounts requested herein, without a further hearing or order of this Court unless an objection to

11 this Application is filed with the Court and served within ten (10) calendar days after the date of

12 mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to

13 pay the 80% of the uncontested fees and 100% of the uncontested expenses.

14      9.      The interim compensation and reimbursement of expenses sought in this

15 Application is not final.  Upon the conclusion of this case, the Firm will seek fees and

16 reimbursement of the expenses incurred for the totality of the services rendered in the case.  Any

17 interim fees or reimbursement of expenses approved by this Court and received by the Firm

18 (along with any retainer) will be credited against such final fees and expenses as may be allowed

19 by this Court.

20      10.      Based upon the foregoing, the Firm respectfully requests that the Debtor

21 compensate and reimburse the Firm as requested herein, pursuant to and in accordance with the

22 terms of the Interim Fee Procedures Order.

23 DATED:  January 25, 2010        JONES DAY

24

25                   By:  /s/ *Peter J. Benvenutti*
                      Peter J. Benvenutti

26                   Attorneys for Debtor and Debtor in Possession,
                     Plant Insulation Company

27

28

| EXHIBIT A | | | |
|---|---|---|---|
| | | | |
| ATTORNEY/PARALEGAL BILLING SUMMARY BY MONTH | | | |
| (December 1, 2009 - December 31, 2009) | | | |
| **Meetings of and Communications with Creditors (605002)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.40 | 310.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| **Total** | | **0.40** | **310.00** |
| **Asset Disposition (605003)** | | | |
| **Attorneys** | | | |
| LD Blum | 600 | 0.00 | 0.00 |
| JR Schendel | 500 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Case Administration (605004)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 1.50 | 1,162.50 |
| Michaeline Correa | 525 | 0.60 | 315.00 |
| Noel Rodriguez | 500 | 0.00 | 0.00 |
| R Shah | 325 | 0.00 | 0.00 |
| **Paralegals** | | | |
| Nubuyo Breen | 275 | 4.60 | 1,265.00 |
| LP Burns | 275 | 0.50 | 137.50 |
| Brett Stone | 275 | 0.00 | 0.00 |
| B Mossadegh | 150 | 2.00 | 300.00 |
| **Total** | | **9.20** | **3,180.00** |
| **Relief from Stay/Adequate Protection Proceedings (605005)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.50 | 387.50 |
| Michaeline Correa | 525 | 0.80 | 420.00 |
| **Total** | | **1.30** | **807.50** |
| **Fee/Employment Applications (Jones Day) (605006)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 1.00 | 775.00 |
| Zana Bugaighis | 325 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 2.40 | 1,260.00 |
| R Shah | 325 | 0.00 | 0.00 |
| **Paralegals** | | | |
| Brett Stone | 275 | 0.80 | 220.00 |
| **Total** | | **4.20** | **2,255.00** |
| **Fee/Employment Applications (Other) (605007)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.60 | 465.00 |

| | | | |
|---|---|---|---|
| Michaeline Correa | 525 | 0.20 | 105.00 |
| **Paralegals** | | | |
| LP Burns | 275 | 0.00 | 0.00 |
| **Total** | | **0.80** | **570.00** |
| **Tax Issues (605008)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| Teresa Maloney | 750 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Asset Analysis and Recovery (605009)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| LD Blum | 600 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| JR Schendel | 500 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Asset Analysis and Recovery (605011)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.10 | 77.50 |
| LD Blum | 600 | 0.70 | 420.00 |
| Michaeline Correa | 525 | 0.60 | 315.00 |
| JR Schendel | 500 | 0.00 | 0.00 |
| R Shah | 325 | 1.50 | 487.50 |
| **Total** | | **2.90** | **1,300.00** |
| **Appeals (605012)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Employee Benefits/Pension (605013)** | | | |
| **Attorneys** | | | |
| LD Blum | 600 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Plan and Disclosure Statement (605014)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 3.20 | 2,480.00 |
| Michaeline Correa | 525 | 5.40 | 2,835.00 |
| **Total** | | **8.60** | **5,315.00** |
| **Claims Administration and Objections (605016)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.60 | 465.00 |
| Michaeline Correa | 525 | 10.80 | 5,670.00 |

| | | | |
|---|---|---|---|
| D E Roberts | 325 | 0.00 | 0.00 |
| **Paralegals** | | | |
| LP Burns | 275 | 0.00 | 0.00 |
| B Mossadegh | 150 | 0.00 | 0.00 |
| Brett Stone | 275 | 0.00 | 0.00 |
| **Total** | | **11.40** | **6,135.00** |
| **Assumption/Rejection of Leases and Contracts (605017)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.00 | 0.00 |
| Zana Bugaighis | 325 | 0.00 | 0.00 |
| Michaeline Correa | 525 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Insurance Issues/Litigation (605018)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 1.70 | 1,317.50 |
| Michaeline Correa | 525 | 1.30 | 682.50 |
| **Paralegals** | | | |
| LP Burns | 275 | 0.00 | 0.00 |
| **Total** | | **3.00** | **2,000.00** |
| **Operating Reports (605020)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 775 | 0.10 | 77.50 |
| Michaeline Correa | 525 | 0.40 | 210.00 |
| **Total** | | **0.50** | **287.50** |
| **GRAND TOTAL** | | **42.30** | **22,160.00** |
| | | | |

# EXHIBIT B

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street,  26th Floor
San Francisco, California  94104
**(415) 626-3939**

Federal Identification Number:  34-0319085

January 13, 2010                                                    627967-605001

Invoice: 32191188

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Chapter 11 Reorganization Petition and Advice | USD | 0.00 |

## DISBURSEMENTS & CHARGES

| | |
|---|---|
| Computerized Research Services | 0.32 |
| Conference Charges | 3.42 |
| Courier Services | 255.00 |
| Court Costs | 30.00 |
| Document Reproduction Charges | 248.00 |
| Lexis Search Fees | 47.25 |
| Long Distance | 1.05 |
| Postage Charges | 12.20 |
| Staff Overtime Charges | 115.50 |
| United Parcel Service Charges | 8.56 |

|   |   | 721.30 |
|---|---|---|
| **TOTAL** | **USD** | **721.30** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE NO. 627967-605001 / 32191188 IN YOUR PAYMENT

# JONES DAY

**San Francisco Office**
555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010                                           627967-605002

                                                          Invoice: 32191189

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Meetings of and Communications with Creditors | USD | 310.00 |
| **TOTAL** | **USD** | **310.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605002/32191189 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P J BENVENUTTI | 0.40 | 775.00 | 310.00 |
| **TOTAL** | **0.40** | **USD** | **310.00** |

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/14/09 | P J BENVENUTTI | 0.10 |
| | Telephone with OCC counsel re open issues. | |
| 12/15/09 | P J BENVENUTTI | 0.30 |
| | Telephone with counsel for OCC re exclusivity motion, various administrative matters, claims objections, stay relief motion and plan. | |
| **TOTAL** | | **0.40** |

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010

627967-605004

Invoice: 32191190

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Case Administration | USD | 3,180.00 |
| **TOTAL** | **USD** | **3,180.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No.: 627967-605004-32191190 IN YOUR PAYMENT.

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| P J BENVENUTTI | 1.50 | 775.00 | 1,162.50 |
| **ASSOCIATE** |  |  |  |
| M H CORREA | 0.60 | 525.00 | 315.00 |
| **PARALEGAL** |  |  |  |
| N BREEN | 4.60 | 275.00 | 1,265.00 |
| L BURNS | 0.50 | 275.00 | 137.50 |
| **PROJECT ASST** |  |  |  |
| B MOSSADEGH | 2.00 | 150.00 | 300.00 |
| **TOTAL** | **9.20** | **USD** | **3,180.00** |

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

12/01/09      N BREEN      0.50
Maintain document and calendar database system on Caselink, including checking Carlson's weekly calendar on Bankruptcy Court website, maintaining calendar, uploading daily filings and updating attorney pleading index, and notifying client of filings.

12/01/09      B MOSSADEGH      0.50
Create, update, and maintain attorney pleading binder sets, including updating pleading index (0.50).

12/07/09      N BREEN      0.50
Maintain document and calendar database system on Caselink, including checking Carlson's weekly calendar on Bankruptcy Court website, maintaining calendar, uploading daily filings (Orders re Compensation) and updating attorney pleading index, and notifying client of filings.

12/08/09      N BREEN      0.50
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Compensation re Jones Day) and updating attorney pleading index, and notifying client of filings.

12/10/09      P J BENVENUTTI      0.10
E-mails with Mr. Gordon re developments, arrange meeting.

12/10/09      N BREEN      0.30
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (certificates of service) and updating attorney pleading index, and notifying client of filings.

12/10/09      L BURNS      0.50
Review November 30, 2009 hearing transcript from Susan Palmer email and email to internal team.

12/10/09      B MOSSADEGH      0.50
Create, update, and maintain attorney pleading binder sets, including updating pleading index.

12/11/09      P J BENVENUTTI      1.30
Prepare for and conference with Mr. Gordon re developments and strategy.

12/11/09      M H CORREA      0.10
Correspondence with P. Benvenutti re case status.

12/12/09      P J BENVENUTTI      0.10
Confer with Ms. Correa re case developments.

12/12/09      M H CORREA      0.50
Confer with P. Benvenutti re status, deadlines and upcoming briefing.

12/15/09      N BREEN      0.30
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Compensation application) and updating attorney pleading index, and notifying client of filings.

12/16/09      N BREEN      0.50
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Renfrew Compensation) and updating attorney pleading index, and notifying client of filings.

12/18/09      N BREEN      0.50
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (certificate of mailings) and updating attorney pleading index, and notifying client of filings.

12/18/09      B MOSSADEGH      0.50
Create, update, and maintain attorney pleading binder sets, including updating pleading index (0.50).

**JONES DAY**

627967-605004

Page 4
January 13, 2010

Case Administration

Invoice: 32191190

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/21/09 | N BREEN | 0.50 |

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (certificate of transcript mailing, application for compensation, operating report) and updating attorney pleading index, and notifying client of filings.

| 12/23/09 | N BREEN | 0.50 |
|---|---|---|

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Compensation application by Miller) and updating attorney pleading index, and notifying client of filings.

| 12/28/09 | N BREEN | 0.50 |
|---|---|---|

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (extend exclusivity period) and updating attorney pleading index, and notifying client of filings.

| 12/30/09 | B MOSSADEGH | 0.50 |
|---|---|---|

Create, update, and maintain attorney pleading binder sets, including updating pleading index.

**TOTAL** 9.20

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010                                          627967-605005

Invoice: 32191191

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Relief From Stay/Adequate Protection Proceedings | USD | 807.50 |
| **TOTAL** | **USD** | **807.50** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605005-32191191 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P J BENVENUTTI | 0.50 | 775.00 | 387.50 |
| **ASSOCIATE** | | | |
| M H CORREA | 0.80 | 525.00 | 420.00 |
| **TOTAL** | **1.30** | **USD** | **807.50** |

# JONES DAY

627967-605005

Page 3
January 13, 2010

Relief From Stay/Adequate Protection Proceedings

Invoice: 32191191

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/04/09 | P J BENVENUTTI | 0.20 |

E-mail to Ms. Correa re follow-up on Collins matter (.10); review e-mails with insurer counsel re corrected stay relief order (.10).

| | | |
|---|---|---|
| 12/04/09 | M H CORREA | 0.20 |

Review correspondence from P. Benvenutti re Collins briefing (0.1); telephone with G. Amell re same (0.1).

| | | |
|---|---|---|
| 12/07/09 | M H CORREA | 0.10 |

Correspondence with G. Amell re stay relief continuance, briefing stipulation.

| | | |
|---|---|---|
| 12/08/09 | P J BENVENUTTI | 0.20 |

E-mails with Ms. Correa, Mr. Gordon re Collins stay relief motion, approach to same, briefing schedule.

| | | |
|---|---|---|
| 12/08/09 | M H CORREA | 0.50 |

Correspondence with G. Amell re stay stipulation (0.1); correspondence with P. Benvenutti re deadlines (0.1); telephone with C. Wood re appellate schedule (0.1); telephone with R. Wright re same (0.1); correspondence with P. Benvenutti re same (0.1).

| | | |
|---|---|---|
| 12/12/09 | P J BENVENUTTI | 0.10 |

Confer with Ms. Correa re Collins stay relief motion.

| | | |
|---|---|---|
| **TOTAL** | | **1.30** |

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010                                                      627967-605006

Invoice: 32191192

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Fee/Employment Applications - Jones Day | USD | 2,255.00 |
| **TOTAL** | **USD** | **2,255.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605006/32191192 IN YOUR PAYMENT

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P J BENVENUTTI | 1.00 | 775.00 | 775.00 |
| ASSOCIATE |  |  |  |
| M H CORREA | 2.40 | 525.00 | 1,260.00 |
| PARALEGAL |  |  |  |
| M B STONE | 0.80 | 275.00 | 220.00 |
| **TOTAL** | **4.20** | **USD** | **2,255.00** |

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/01/09 | P J BENVENUTTI | 0.70 |

Review and revise order on JD fee application (.40); e-mails with Ms. Correa, counsel for FCR and OCC re same (.20); confer with Ms. Correa re additional billing categories, narrative description for future fee applications (.10).

| 12/01/09 | M H CORREA | 0.70 |

Draft November fee statement and notice (0.2); review and revise bills (0.5).

| 12/04/09 | M H CORREA | 0.90 |

Prepare exhibits for November fee statement and finalize same.

| 12/07/09 | M H CORREA | 0.20 |

Review and revise November fee statement and notice (0.1); correspondence with P. Benvenutti and B. Stone re same (0.1).

| 12/08/09 | P J BENVENUTTI | 0.10 |

Revise fee order, and e-mail to Ms. Correa re submission of same, notice re extension of deadline to withdraw.

| 12/08/09 | M H CORREA | 0.30 |

Correspondence with M. Ahrens re proposed fee order (0.1); prepare to upload and serve same (0.2).

| 12/08/09 | M B STONE | 0.80 |

Assist in preparation of and file proof of service re interim fee application order via ECF (.50); upload proposed order via ECF (.30).

| 12/11/09 | P J BENVENUTTI | 0.20 |

Skim fee statements, e-mails with Ms. Correa re possible redactions.

| 12/15/09 | M H CORREA | 0.30 |

Review fee order, correspondence re same (0.1); draft memo to financial services re application of retainer (0.2).

**TOTAL**                                                                                  **4.20**

# JONES DAY

**San Francisco Office**

555 California Street, 26ᵗʰ Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010                                          627967-605007

Invoice: 32191193

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Fee/Employment Applications - Other Professionals | USD | 570.00 |
| **TOTAL** | **USD** | **570.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No. 627967-605007-32191193 IN YOUR PAYMENT

# JONES DAY

627967-605007

Page 2
January 13, 2010
Invoice: 32191193

Fee/Employment Applications - Other

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 0.60 | 775.00 | 465.00 |
| ASSOCIATE | | | |
| M H CORREA | 0.20 | 525.00 | 105.00 |
| **TOTAL** | **0.80** | **USD** | **570.00** |

# JONES DAY

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/09/09 | M H CORREA | 0.20 |

Correspondence with D. Gordon re SMO expenses (0.1); telephone and correspondence with SMO re same (0.1).

| 12/10/09 | P J BENVENUTTI | 0.10 |
|---|---|---|

E-mails re, and review and arrange signing of, consent letter re OCC retention of LAS.

| 12/11/09 | P J BENVENUTTI | 0.30 |
|---|---|---|

Review OCC letter consenting to retention of LAS (.10); e-mails with Mr. Gordon, coverage counsel re same (.20).

| 12/12/09 | P J BENVENUTTI | 0.20 |
|---|---|---|

Transmittal to OCC counsel re consent to retention of LAS.

**TOTAL** **0.80**

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26ᵗʰ Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010                                                627967-605011

Invoice: 32191194

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Business Operations | USD | 1,300.00 |
| **TOTAL** | **USD** | **1,300.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P J BENVENUTTI | 0.10 | 775.00 | 77.50 |
| L D BLUM | 0.70 | 600.00 | 420.00 |
| ASSOCIATE |  |  |  |
| M H CORREA | 0.60 | 525.00 | 315.00 |
| R SHAH | 1.50 | 325.00 | 487.50 |
| **TOTAL** | **2.90** | **USD** | **1,300.00** |

# JONES DAY

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/01/09 | M H CORREA | 0.20 |

Review correspondence re due diligence, tax returns.

| 12/01/09 | R SHAH | 1.50 |

Revise Plant diligence summary memorandum with comments provided by Monte Travis.

| 12/03/09 | P J BENVENUTTI | 0.10 |

E-mails re Bayside due diligence.

| 12/03/09 | L D BLUM | 0.40 |

Follow up with D. Gordon re diligence request from Bayside (0.1); revise diligence response for Bayside (0.2); discuss delivery of diligence materials to counsel for Bayside with R. Shah (0.1).

| 12/03/09 | M H CORREA | 0.20 |

Review correspondence re Bayside due diligence.

| 12/04/09 | M H CORREA | 0.20 |

Telephone with R. Shah re diligence (0.1); telephone and correspondence with N. Breen re same (0.1).

| 12/23/09 | L D BLUM | 0.30 |

Discuss disclosure of discussions re potential transaction with Bayside and confidentiality agreement with M. Correa (0.2); telephone call to R. Ishida with M. Correa re disclosure (0.1).

**TOTAL** **2.90**

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010

627967-605014

Invoice: 32191195

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Plan and Disclosure Statement | USD | 5,315.00 |
| **TOTAL** | **USD** | **5,315.00** |

Remittance of payment can be made by wire transfer to our account as follows:

**BANK DETAILS**
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE STATE REFERENCE No.: 627967-605014-32191195 IN YOUR PAYMENT

TIMEKEEPER DETAIL SCHEDULE

|                    | Hours | Rate   | Amount   |
|--------------------|-------|--------|----------|
| PARTNER            |       |        |          |
|   P J BENVENUTTI | 3.20  | 775.00 | 2,480.00 |
| ASSOCIATE          |       |        |          |
|   M H CORREA     | 5.40  | 525.00 | 2,835.00 |
| **TOTAL**          | **8.60** | **USD** | **5,315.00** |

# JONES DAY

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/10/09 | P J BENVENUTTI | 0.10 |
| | E-mails with Ms. Correa, telephone with OCC counsel re plan exclusivity. | |
| 12/10/09 | M H CORREA | 0.10 |
| | Correspondence with P. Benvenutti re exclusivity. | |
| 12/12/09 | P J BENVENUTTI | 0.10 |
| | Confer with Ms. Correa re motion to extend plan exclusivity. | |
| 12/12/09 | M H CORREA | 1.00 |
| | Draft motion to extend exclusivity. | |
| 12/15/09 | M H CORREA | 0.90 |
| | Draft Miller declaration in support of second motion for exclusivity extension (0.5); review and revise motion (0.3); correspondence with P. Benvenutti re same (0.1). | |
| 12/17/09 | M H CORREA | 0.30 |
| | Correspondence with J. Miller re scheduling (0.1); draft Gordon declaration in support of exclusivity motion (0.2). | |
| 12/18/09 | P J BENVENUTTI | 0.10 |
| | Confer with Ms. Correa re motion to extend plan exclusivity. | |
| 12/18/09 | M H CORREA | 0.20 |
| | Correspondence with D. Gordon re exclusivity motion (0.1); correspondence with M. Ahrens re same (0.1). | |
| 12/19/09 | P J BENVENUTTI | 0.20 |
| | Review e-mail from Ms. Correa re motion to extend plan exclusivity (.10); e-mails with FCR counsel re same (.10). | |
| 12/20/09 | P J BENVENUTTI | 0.20 |
| | E-mails with FCR counsel, client re plan exclusivity motion. | |
| 12/21/09 | P J BENVENUTTI | 0.60 |
| | Review and revise motion to extend plan exclusivity. | |
| 12/21/09 | M H CORREA | 0.10 |
| | Review correspondence from G. Fergus re exclusivity motion. | |
| 12/22/09 | P J BENVENUTTI | 1.60 |
| | Review, revise and draft portion of motion to extend plan exclusivity, and e-mails with Ms. Correa re same (1.50); e-mails with FCR counsel re same (.10). | |
| 12/22/09 | M H CORREA | 2.10 |
| | Review and revise motion to extend exclusivity, Miller and Gordon declarations and notice. | |
| 12/23/09 | P J BENVENUTTI | 0.30 |
| | E-mails re motion to extend plan exclusivity, notice to Bayside re same. | |
| 12/23/09 | M H CORREA | 0.70 |
| | Telephone and correspondence with L. Blum re disclosures (0.2); finalize motion, notice and declarations for filing (0.5). | |
| **TOTAL** | | **8.60** |

# JONES DAY

**San Francisco Office**
555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010                                         627967-605016

                                                         Invoice: 32191196

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Claims Administration and Objections | USD | 6,135.00 |
| **TOTAL** | **USD** | **6,135.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

PLEASE REFERENCE 627967-605016/32191196 IN YOUR PAYMENT

# JONES DAY

Claims Administration and Objections

### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| P J BENVENUTTI | 0.60 | 775.00 | 465.00 |
| **ASSOCIATE** |  |  |  |
| M H CORREA | 10.80 | 525.00 | 5,670.00 |
| **TOTAL** | **11.40** | **USD** | **6,135.00** |

627967-605016

Claims Administration and Objections

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/11/09 | P J BENVENUTTI | 0.30 |
| | E-mails with Ms. Correa re status of objection to claims. | |
| 12/11/09 | M H CORREA | 0.30 |
| | Review docket for potential claims (0.1); correspondence with P. Benvenutti re claim objection stategy and status (0.2). | |
| 12/12/09 | P J BENVENUTTI | 0.20 |
| | Confer with Ms. Correa re preparation of objection to claims. | |
| 12/12/09 | M H CORREA | 0.10 |
| | Correspondence with M. Travis re claim objections. | |
| 12/14/09 | M H CORREA | 0.50 |
| | Prepare for call with M. Travis re claim objections (0.2); initiate objections (0.3). | |
| 12/15/09 | M H CORREA | 0.70 |
| | Telephone with M. Travis re objections. | |
| 12/16/09 | M H CORREA | 1.10 |
| | Correspondence with P. Benvenutti re potential claims (0.2); correspondence with P. Benvenutti, coverage counsel re evidence for objections (0.5); initial Travis declaration (0.4). | |
| 12/17/09 | M H CORREA | 1.00 |
| | Draft claim objection. | |
| 12/18/09 | P J BENVENUTTI | 0.10 |
| | E-mail re notice to CIGA of case filing. | |
| 12/18/09 | M H CORREA | 0.20 |
| | Telephone with M. Travis re claims. | |
| 12/23/09 | M H CORREA | 2.70 |
| | Draft objection. | |
| 12/29/09 | M H CORREA | 2.30 |
| | Draft Travis declaration in support of objection. | |
| 12/30/09 | M H CORREA | 0.90 |
| | Review and revise objection and declaration. | |
| 12/31/09 | M H CORREA | 1.00 |
| | Review and revise objection and Travis declaration. | |
| **TOTAL** | | **11.40** |

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010

627967-605018

Invoice: 32191197

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Insurance Issues/Litigation | USD | 2,000.00 |
| **TOTAL** | **USD** | **2,000.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 1.70 | 775.00 | 1,317.50 |
| ASSOCIATE | | | |
| M H CORREA | 1.30 | 525.00 | 682.50 |
| **TOTAL** | **3.00** | **USD** | **2,000.00** |

# JONES DAY

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/03/09 | P J BENVENUTTI | 0.20 |

Telephone with new counsel for insurer (Arrowood) re status.

| 12/03/09 | M H CORREA | 0.20 |
|---|---|---|

Review supplemental briefs filed in state court.

| 12/05/09 | P J BENVENUTTI | 0.80 |
|---|---|---|

Review supplemental briefs in coverage litigation re unclean hands defense (.60); review transcript of closing arguments (.20).

| 12/08/09 | P J BENVENUTTI | 0.30 |
|---|---|---|

Review coverage trial transcript.

| 12/10/09 | P J BENVENUTTI | 0.30 |
|---|---|---|

E-mails, confer with Ms. Correa re payment of court fees for coverage trial (.20); review e-mail re hearing transcript (.10).

| 12/16/09 | P J BENVENUTTI | 0.10 |
|---|---|---|

E-mails re assistance to coverage lawyers re proposed statement of decision in Phase 2 trial.

| 12/16/09 | M H CORREA | 0.80 |
|---|---|---|

Correspondence with J. Miller re bankruptcy issues for insurance coverage brief (0.1); research re same (0.3); draft response re same (0.4).

| 12/17/09 | M H CORREA | 0.20 |
|---|---|---|

Correspondence with J. Miller re bankruptcy issues re standing.

| 12/18/09 | M H CORREA | 0.10 |
|---|---|---|

Correspondence with J. Miller re bankruptcy issues for brief.

| **TOTAL** | | **3.00** |
|---|---|---|

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**
555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

January 13, 2010

627967-605020

Invoice: 32191198

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through December 31, 2009:

| | | |
|---|---|---|
| Operating Reports | USD | 287.50 |
| **TOTAL** | **USD** | **287.50** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| P J BENVENUTTI | 0.10 | 775.00 | 77.50 |
| **ASSOCIATE** | | | |
| M H CORREA | 0.40 | 525.00 | 210.00 |
| **TOTAL** | **0.50** | **USD** | **287.50** |

# JONES DAY

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/10/09 | M H CORREA | 0.20 |
| | Correspondence with V. Huan-Lau re fees/expenses for operating reports. | |
| 12/14/09 | P J BENVENUTTI | 0.10 |
| | E-mails from CPA's re information for MORs. | |
| 12/14/09 | M H CORREA | 0.10 |
| | Review correspondence from V. Huan-Lau re operating report. | |
| 12/21/09 | M H CORREA | 0.10 |
| | Review correspondence re November MOR. | |
| **TOTAL** | | **0.50** |