PAUL E.B. GLAD (State Bar No. 79045)
JOEL T. MUCHMORE (State Bar No. 224446)
KAREN C. MARCHIANO (State Bar No. 233493)
MEEGHAN L. BUCKLEY (State Bar No. 241161)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
pglad@sonnenschein.com
jmuchmore@sonnenschein.com
kmarchiano@sonnenschein.com
mbuckley@sonnenschein.com

ROBERT B. MILLNER
PATRICK C. MAXCY
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
rmillner@sonnenschein.com
pmaxcy@sonnenschein.com

Attorneys for OneBeacon Insurance
Company as successor in interest to
American Employers' Insurance Company
with respect to certain contracts of insurance

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PLANT INSULATION COMPANY,<br><br>Debtor. | CASE NO. 09-31347-TC<br><br>CHAPTER 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Thomas E. Carlson |

1 | **Additional Counsel**:
2 | PHILIP A. O'CONNELL JR. (State Bar No. 152486)
  | SONNENSCHEIN NATH & ROSENTHAL LLP
3 | 101 Federal Street, Suite 2750
  | Boston, MA 02110-1873
4 | Telephone: (617) 235-6800
  | Facsimile: (617) 235-6899
5 | poconnelljr@sonnenschein.com

-2-

# CERTIFICATE OF SERVICE

I, Deborah Payton-Sims, hereby declare: I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On February 1, 2010 I served a true copy of the following

**PARTY IN INTEREST ONE BEACON INSURANCE COMPANY'S JOINDER IN CERTAIN INSURERS' OBJECTION TO COMMITTEE'S APPLICATION TO EMPLOY LEGAL ANALYSIS SYSTEMS, INC.**

on the interested parties in this action as follows:

[X] **BY E-MAIL / FIRST-CLASS MAIL:** I caused the above-mentioned document to be served by E-mail to the parties listed on the attached service list on the date specified above. The parties marked (*) were additionally served by first-class mail.

| Debtor<br>Plant Insulation Company<br>c/o TRAVIS & PON<br>2271 California Street<br>San Francisco, CA 94115<br>Email: david.j.gordon@verizon.net | United States Trustee<br>c/o Office of the United States Trustee<br>Donna S. Tamanaha<br>Minnie Loo<br>235 Pine St., Suite 700<br>San Francisco, CA 94104-3401<br>Email: Minnie.Loo@usdoj.gov,<br>Donna.S.Tamanaha@usdoj.gov,<br>USTPRegion17.SF.ECF@usdoj.gov | Counsel for Debtor<br>c/o JONES DAY<br>Peter J. Benvenutti, Esq.<br>Tobias S. Keller, Esq.<br>Michaeline H. Correa, Esq.<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Email: tkeller@jonesday.com,<br>pjbenvenutti@jonesday.com,<br>mcorrea@jonesday.com |
|---|---|---|
| Debtor's Special Insurance Counsel<br>c/o SNYDER MILLER & ORTON<br>James L. Miller, Esq.<br>180 Montgomery Street, Ste. 700<br>San Francisco, CA 94104<br>Email: jmiller@smollp.com | Debtor's Special Insurance Counsel<br>c/o MORGAN LEWIS & BOCKIUS<br>Jeffery S. Raskin, Esq.<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Email: jraskin@morganlewis.com | Counsel to the Hon. Judge<br>Charles B. Renfrew (Ret.),<br>Futures Representative<br>c/o FERGUS, A LAW OFFICE<br>Gary Fergus, Esq.<br>595 Market St., Suite 2430<br>San Francisco, CA 94105<br>Email:gfergus@ferguslegal.com |
| Responsible Individual<br>Mr. David J. Gordon<br>c/o THE FLINTKOTE COMPANY<br>Two Embarcadero Center, Ste. 410<br>San Francisco, CA 94111<br>Email: david.j.gordon@verizon.net | Accountants for Debtor<br>Mr. Jay D. Crom<br>c/o BACHECKI, CROM & CO. LLP<br>180 Montgomery St., Suite 2340<br>San Francisco, CA 94104<br>Email: jcrom@bachcrom.com | Proposed Counsel for Creditors'<br>Committee<br>Peter Van N. Lockwood, Esq.<br>c/o CAPLAN & DRYSDALE<br>  CHARTERED<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>Email: pvnl@capdale.com |

| | | |
|---|---|---|
| Counsel for Official<br>   Committee of Unsecured Creditors<br>Michael Ahrens, Esq.<br>D. Ronald Ryland<br>Steven B. Sacks<br>c/o SHEPPARD MULLIN RICHTER<br>   & HAMPTON<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Email:mahrens@sheppardmullin.com<br>Email: mlauter@shepardmullin.com<br>Email: rryland@sheppardmullin.com<br>Email: ssacks@shepppardmullin.com | | |
| **REQUEST FOR SPECIAL NOTICE** | | |
| (*)ACE Fire Underwriters Insurance<br>   Company and ACE Property &<br>   Casualty Insurance Company<br>c/o O'MELVENY & MYERS LLP<br>Aaron M. Johnson, Esq.<br>Spencer K. Jones, Esq.<br>Christina Brown, Esq.<br>Jennifer Taylor, Esq.<br>Patrick T. Hein, Esq.<br>2 Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Email:   aaronjohnson@omm.com<br>           spencerjones@omm.com<br>           cjbrown@omm.com<br>           phein@omm.com<br>           jtaylor@omm.com | (*)ACE Fire Underwriters Insurance<br>   Company and ACE Property &<br>   Casualty Insurance Company<br>c/o BERMAN & AIWASIAN<br>Alan S. Berman, Esq.<br>725 S. Figueroa Street, Suite 1050<br>Los Angeles, CA 90017<br>Email:  alan.berman@mclolaw.com | ACE Fire Underwriters Insurance<br>   Company and ACE Property &<br>   Casualty Insurance Company<br>c/o O'MELVENY & MYERS LLP<br>Richard Goetz, Esq.<br>Steven H. Bergman, Esq.<br>400 South Hope Street<br>Los Angeles, CA 90071-7899<br>Email:  rgoetz@omm.com<br>          sbergman@omm.com |
| (*)ACE Fire Underwriters Insurance<br>   Company and ACE Property &<br>   Casualty Insurance Company<br>c/o O'MELVENY & MYERS LLP<br>Tancred V. Schiavoni, Esq.<br>Seven Times Square<br>New York, New York 10036<br>Email: tschiavoni@omm.com | (*)American Automobile Insurance<br>Company and Fireman's Fund<br>   Insurance Company<br>c/o GRIPPO & ELDEN LLC<br>Donald A. Vogelsang, Esq.<br>Paul A. Sheldon, Esq.<br>Matthew O. Sitzer, Esq.<br>Lynn H. Murray, Esq.<br>Michael S. Gulland, Esq.<br>111 South Wacker<br>Chicago, IL 60606<br>Email:  dvogelsang@grippoelden.com<br>          psheldon@grippoelden.com<br>          msitzer@grippoelden.com<br>          lmurray@grippoelden.com<br>          mgulland@grippoelden.com | (*)American Automobile<br>Insurance<br>   Company and Fireman's Fund<br>   Insurance Company<br>c/o BRYDON HUGO & PARKER<br>Jeffrey Kaufman, Esq.<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>Email:  jkaufman@bhplaw.com |

-2-

Certificate of Service
Case No. 09-31347-TC

| | | |
|---|---|---|
| (*)American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o CROWELL & MORING LLP<br>Steven P. Rice, Esq.<br>Thy B. Bui, Esq.<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Email: srice@crowell.com<br>tbui@crowell.com | (*)American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o CROWELL & MORING LLC<br>Mark D. Plevin, Esq.<br>Cynthia L. Kendrick, Esq.<br>Leslie A. Davis, Esq.<br>Tacie H. Yoon, Esq.<br>Kelly R. Cusick, Esq.<br>Noah S. Bloomberg, Esq.<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Email: mplevin@crowell.com<br>ckendrick@crowell.com<br>ldavis@crowell.com<br>tyoon@crowell.com<br>kcusick@crowell.com<br>nbloomberg@crowell.com | American Home Assurance Company Insurance Company of the State of Pennsylvania Granite State Insurance Company<br>c/o LYNBERG & WATKINS P.C.<br>Randall J. Peters, Esq.<br>R. Jeff Carlisle, Esq.<br>Benjamin Phelps, Esq.<br>International Tower Plaza<br>888 S. Figueroa Street, 16th Floor<br>Los Angeles, CA 90017-5465<br>Email: rpeters@lynberg.com<br>jcarlisle@lynberg.com<br>bphelps@lynberg.com |
| Arrowood Indemnity Company fna Royal Indemnity Company<br>c/o SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Raoul D. Kennedy, Esq.<br>James P. Schaefer, Esq.<br>Jeffrey W. McKenna, Esq.<br>Four Embarcadero Center<br>San Francisco, CA 94111-4144<br>Email:<br>raoul.kennedy@skadden.com<br>james.schaefer@skadden.com<br>jeffrey.mckenna@skadden.com | Arrowpoint Capital<br>c/o SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Van C. Durrer II, Esq.<br>Bertrand Pan, Esq.<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Email: van.durrer@skadden.com<br>bertrand.pan@skadden.com | Cloristeen Collins & Patricia Collins<br>c/o KAZAN MCCLAIN LYONS, GREENWOOD, et al.<br>David McClain, Esq.<br>Matthew L. Thiel, Esq.<br>Gloria C. Amell, Esq.<br>171 Twelfth St., 3rd Floor<br>Oakland, CA 94607<br>Email: dmcclain@kazanlaw.com<br>gamell@kazan.law.com |
| | (*)Insurance Company of the West<br>Valerie A. Moore, Esq.<br>Eugenie Gifford Baumann, Esq.<br>Sook Y. Won, Esq.<br>c/o HAIGHT, BROWN & BONESTEEL LLP<br>6080 Center Drive, Suite 800<br>Los Angeles, CA 90045<br>Email: vmoore@hbblaw.com<br>ebaumann@hbblaw.com<br>swon@hbblaw.com | (*)Mt. McKinley Insurance Company<br>Charles E. Wheeler, Esq.<br>c/o COZEN O'CONNOR<br>501 West Broadway; Suite 1610<br>San Diego, CA 92101<br>Email: cwheeler@cozen.com |

-3-

Certificate of Service
Case No. 09-31347-TC

| | | |
|---|---|---|
| (*)Mt. McKinley Insurance Company<br>c/o WALKER WILCOX MATOUSEK LLP David P. McClain, Esq.<br>Tony L. Draper, Esq.<br>711 Louisana St., Suite 3100<br>So. Tower Pennzoil Place<br>Houston, TX 77002<br>Email:<br>dmcclain@wwmlawyers.com<br>tdraper@wwmlawyers.com | (*)Mt. McKinley Insurance Company<br>c/o COZEN O'CONNOR, P.C.<br>Michael J. Smith, Esq.<br>200 Four Falls Corporate Center, Suite 400,<br>West Conshohocken, PA 19428-0800<br>Email: msmith@cozen.com | |
| (*)OneBeacon Insurance Company as<br>  successor in interest to American Employers' Insurance Company<br>SONNENSCHEIN NATH & ROSENTHAL<br>Paul E. B. Glad, Esq.<br>Joel Muchmore, Esq.<br>Meeghan L. Buckley, Esq.<br>Robert Millner, Esq.<br>525 Market Street, 26th Floor<br>San Francisco, CA 94105-2708<br>Email:<br>pglad@sonnenschein.com<br>jmuchmore@sonnenschein.com<br>mbuckley@sonnenschein.com<br>rmillner@sonnenschein.com | OneBeacon Insurance Company as successor in interest to American Employers' Insurance Company<br>SONNENSCHEIN NATH & ROSENTHAL<br>Philip A. O'Connell, Jr., Esq.<br>Karen C. Marchiano, Esq.<br>101 Federal Street, Suite 2750<br>Boston, MA 02110-1873<br>Email:<br>poconnelljr@sonnenschein.com<br>kmarchiano@sonnenschein.com | OneBeacon Insurance Company as successor in interest to American Employers' Insurance Company<br>c/o SONNENSCHEIN NATH & ROSENTHAL LLP<br>Robert B. Millner, Esq.<br>Patrick C. Maxcy, Esq.<br>233 S. Wacker Drive, Suite 7800<br>Chicago, IL 60606-6404<br>Email:<br>rmillner@sonnenschein.com<br>pmaxcy@sonnenschein.com |
| (*)Royal Indemnity Company<br>c/o KELLY, HOCKEL & KLEIN<br>Rebecca B. Aherne, Esq.<br>44 Montgomery St., Suite 2500<br>San Francisco, CA 94104<br>Email: raherne@khklaw.com | (*)Safety National Casualty Corporation<br>c/o Andrew K. Epting, Jr., LLC<br>Andrew K. Epting, Jr., Esq.<br>3 State Street<br>Charleston, SC 29401<br>Email: ake@epting-law.com | (*)Safety National Casualty Corporation<br>c/o ABBEY, WEITZENBERG, WARREN & EMERY P.C.<br>Mitchell B. Greenberg, Esq.<br>100 Stony Point Road,<br>Suite 200, P.O. Box 1566<br>Santa Rosa, CA 95402-1566<br>Email:<br>mgreenberg@abbeylaw.com |
| Sompo Japan Insurance Company of America<br>c/o WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>Joanne Madden, Esq.<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>Email:<br>joanne.madden@wilsonelser.com | Sompo Japan Insurance Company of America<br>c/o WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>Mark Ledwin, Esq.<br>3 Gannett Drive<br>White Plains, NY 10604<br>Email: mark.ledwin@wilsonelser.com | Sompo Japan Insurance Company of America.<br>c/o YOUNGERMAN & MCNUTT<br>Stephen Youngerman, Esq.<br>William J. Glazer, Esq.<br>Nicole A. Temkin, Esq<br>11150 W. Olympic Blvd., Ste 900<br>Los Angeles, CA 90064<br>Email: sy@ymlaw.net |

| | | |
|---|---|---|
| (*)Transport Insurance Company and Safeco Nat'l Casualty<br>c/o DUANE MORRIS LLP<br>Ray L. Wong, Esq.<br>Philip R. Matthews, Esq.<br>One Market, Spear Tower Ste 2000<br>San Francisco, CA 94105-1104<br>Email: rlwong@duanemorris.com<br>      RMatthews@duanemorris.com | (*)United National Insurance Company<br>c/o NIXON PEABODY LLP<br>Gregory E. Schopf, Esq.<br>One Embarcadero Center, Suite 1800<br>San Francisco CA 94111<br>Email: gschopf@nixonpeabody.com | United States Fidelity and Guaranty Company<br>c/o SIMPSON THACHER & BARTLETT<br>Deborah L. Stein, Esq.<br>Robert J. Pfister, Esq.<br>1999 Avenue of the Stars, 29th Fl.<br>Los Angeles, CA 90067<br>Email:  dstein@stblaw.com<br>        rpfister@stblaw.com |
| United States Fidelity and Guaranty Company<br>c/o SIMPSON THACHER & BARTLETT<br>Jonathan Sanders, Esq.<br>Terry G. Sanders, Esq.<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>E-mail: jsanders@stblaw.com | United States Fire Insurance Company<br>c/o MUSICK, PEELER & GARRETT<br>Catherine M. Lee, Esq.<br>Chad A. Westfall, Esq.<br>100 Montgomery Street, Suite 2525<br>San Francisco , CA 94104<br>Email:  c.lee@mpglaw.com<br>        c.westfall@mpglaw.com | United States Fire Insurance Company<br>c/o MUSICK, PEELER & GARRETT<br>Stephen M. Green, Esq.<br>Lawrence A. Tabb, Esq.<br>Chad A. Westfall, Esq.<br>One Wilshire Blvd. # 2000<br>Los Angeles CA 90017<br>Email:  s.green@mpglaw.com<br>        l.tabb@mpglaw.com<br>        c.westfall@mpglaw.com |
| (*)United States Fidelity and Guaranty Company<br>c/o SIMPSON, THATCHER & BARTLETT LLP<br>Andrew T. Frankel, Esq.<br>Linda H. Martin, Esq.<br>Craig S. Waldman, Esq.<br>Kathrine A. McLendon<br>425 Lexington Avenue<br>New York, NY 10017-3954 | (*)John "Clay" Gregory<br>c/o Law Office of John M. Gregory<br>1733 Woodside, Suite 200<br>Redwood City, CA 94061<br>Email: john.m.gregory@comcast.net | (*)Monte S. Travis<br>c/o TRAVIS & PON<br>2271 California Street<br>San Francisco, CA 94115<br>Email:  montetravis@pacbell.net |
| Arrowood Indemnity Company f/ka/ Royal Indemnity Company<br>c/o Sedgwick, Detert, Moran & Arnold LLP<br>Lillian Stenfeldt, Esq.<br>Robert S. Gebhard, Esq.<br>One Market Plaza, Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Email: lillian.stenfeldt@sdma.com<br>Email: robert.gebhard@sdma.com | | |
| **Unsecured Creditors' Committee Members** | | |

Certificate of Service
Case No. 09-31347-TC

-5-

| 1 | Paul McKenzie<br>c/o BERGMAN DRAPER &<br>   FROCKT<br>Matthew P. Bergman, Esq.<br>Glenn Draper, Esq.<br>614 1st Ave., 3rd Floor<br>Seattle, WA 98104<br>Email:  matt@bergmanlegal.com<br>           glenn@bergmanlegal.com | Joe Radley<br>c/o PAUL & HANLEY<br>Jerry Neil Paul, Esq.<br>5716 Corsa Ave, Suite 203<br>Westlake Village, CA 91362<br>Email:  jpaul@paulandhanley.com | Joe Radley<br>c/o PAUL & HANLEY<br>Dean A. Hanley, Esq.<br>1608 Fourth St., Suite 300<br>Berkeley, CA 94710<br>Email:<br>dhanley@paulandhanley.com |
|---|---|---|---|

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certificate of Service
Case No. 09-31347-TC

| Karen Garner<br>Aaron H. Simon, Esq.<br>Ronald J. Shingler, Esq.<br>c/o SIMON & SHINGLER, LLP<br>3220 Lone Tree Way, Suite 100<br>Antioch, CA 94509<br>Email:<br>Aaron@simonshinglerlaw.com<br>Ron@simonshinglerlaw.com | Linda Seiler<br>c/o KAZAN, MCCLAIN, LYONS,<br>  GREENWOOD & HARLEY David<br>McClain, Esq.<br>Matthew L. Thiel, Esq.<br>171 12th St., Suite 300<br>Oakland, CA 94607<br>Email:  dmcclain@kazanlaw.com<br>          mthiel@kazanlaw.co | Richard Parker<br>c/o BRAYTON PURCELL LLP<br>Alan R. Brayton, Esq.<br>Christina C. Skubic, Esq.<br>Matthew B. Lee, Esq.<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94945<br>Email:<br>abrayton@braytonlaw.com<br>cskubic@braytonlaw.com<br>mlee@braytonlaw.com |
|---|---|---|
| (\*)Creditor Missouri Department of Revenue<br>Richard M. Maseles<br>General Councsel's Office<br>301 W. High Street, room 670<br>P.O. Box 475<br>Jefferson City, NO 65015-0475 | Anna May Hearn<br>c/o Paul and Hanley LLP<br>Kelly A. McMeekin<br>1608 4th St. #300<br>Berkeley, CA 94710<br>kmcmeekin@paulandhanley.com | Official Committee Of Unsecured Creditors<br>c/o Howard Rice Nemerovski Canady Falk<br>Jonathan Hughes<br>Pamela Phillips<br>3 Embarcadero Center 7th Fl.<br>San Francisco, CA 94111<br>jhughes@howardrice.com<br>pphillips@howardrice.com |

I declare under penalty of perjury under the laws of the United states of America that the foregoing is true and correct, and that this declaration was executed on February 1, 2010, at San Francisco, California.

                                    /S/ Deborah Payton-Sims
                                    Deborah Payton-Sims

27340648