IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Jointly Administered at |
| | ) | Case No. 03-35592-JKF |
| MID-VALLEY, INC., *et al.*, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Docket No. ____ |
| | ) | |
| | ) | Hearing Date and Time: |
| _____ ) | | February 11, 2004 at 9:00 a.m. |

### ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES IN CONNECTION WITH OBJECTIONS TO THE CONFIRMATION OF THE DEBTORS' PROPOSED PLAN

Upon consideration of the representations of the parties in the bankruptcy proceedings captioned In re Mid-Valley, Inc., *et al.*, Ch. 11 Case No. 03-35592-JKF (Jointly Administered); and it appearing that this Court has scheduled a combined hearing on approval of the disclosure statement, solicitation and voting procedures, and to consider confirmation of the prepackaged plan of reorganization proposed by the above-captioned debtors and debtors in possession (the "Debtors") for May 10 – May 12, 2004 (the "Confirmation Hearing"); and that good and sufficient cause exists to institute the following case management procedure, it is hereby

ORDERED that the following deadlines shall apply in this case with respect to the Confirmation Hearing:

| | | |
|---|---|---|
| 1. | February 18, 2004: | Deadline for Objecting Parties to Serve Written Discovery Requests Upon the Debtor. |
| 2. | February 20, 2004 | Deadline for Debtors to Serve Written Discovery Requests. |
| 3. | February 25, 2004: | Deadline for Debtors to Disclose Fact Witnesses. |

| | | |
|---|---|---|
| 4. | March 1, 2004: | Deadline for Debtors to Disclose Expert Witnesses and Service of Experts' Reports. |
| | | Deadline for Debtors to Produce Documents. |
| | | Deadline for Debtors to Respond to Written Discovery Requests |
| 5. | March 1 – April 5, 2004: | Depositions of Fact and Expert Witnesses by Objectors. |
| 6. | March 10, 2004: | Deadline for Objecting Parties to File Initial Statement Listing Their Objections to Adequacy of Disclosure Statement, Solicitation Procedures, and Confirmation of the Debtors' Plan. |
| 7. | March 11, 2004: | Deadline for Objecting Parties to Respond to Written Discovery Requests. |
| 8. | March 22, 2004: | Deadline for Objecting Parties to Disclose Fact Witnesses. |
| 9. | March 22 – April 23, 2004: | Depositions of Fact Witnesses by Debtors. |
| 10. | April 1, 2004: | Deadline for Debtors to Disclose Additional Fact Witnesses.[1] |
| 11. | April 8, 2004 | Deadline for Objectors to Disclose Additional Fact Witnesses. |
| 12. | April 8, 2004: | Deadline for Objecting Parties to Disclose Expert Witnesses and Service of Objectors' Expert Reports. |
| 13. | April 8 – 23, 2004 | Depositions of Objectors' Expert Witnesses by Debtors. |
| 14. | April 24, 2004: | Deadline for Debtors to Disclose Rebuttal Expert Witnesses and Serve Rebuttal Experts' Reports. |

---

[1] Any supplemental designation of fact witnesses by the Debtors or Objectors (see item 11) should be limited in number and include only witnesses that could not reasonably have been included in their initial lists. This supplemental designation is not simply another opportunity to designate witnesses who readily could or should have been designated at the first deadline for identifying fact witnesses. To the extent a party abuses this opportunity for supplemental designation of fact witnesses, a party can apply to the Court for appropriate relief.

|     |                       | Deadline for Objectors to Disclose Rebuttal Expert Witnesses and Serve Rebuttal Experts' Reports. |
| --- | --------------------- | --- |
| 15. | April 26 – May 3, 2004: | Depositions of Rebuttal Experts. |
| 16. | April 26, 2004:       | Deadline to File Brief in Support of Objections to Adequacy of Disclosure Statement, Solicitation Procedures, and Confirmation of the Debtors' Plan (no page limit). |
|     |                       | Deadline for Debtors' Brief In Support of Disclosure Statement, Solicitation Procedures and Confirmation of Debtors' Plan (no page limit). |
| 17. | April 28, 2004:       | Exchange of Exhibits and Stipulations as to Admissibility of Evidence. |
|     |                       | Service of Debtors' Affidavits of Fact and Expert Witnesses. |
| 18. | May 3 – May 7, 2004:  | Depositions Limited to Authenticity or Foundation, if Necessary. |
| 19. | May 3, 2004:          | Service of Objectors' Affidavits of Fact and Expert Witnesses. |
| 20. | May 5, 2004:          | Deadline to Respond to Objections to Adequacy of Disclosure Statement, Solicitation Procedures, and Confirmation of the Debtors' Plan including Reply Brief (not to exceed 20 pages). |
|     |                       | Deadline for Objectors to Respond to Briefs in Support of Confirmation (not to exceed 20 pages). |

and it is further

ORDERED, that exhibits not disclosed by April 28, 2004 may not be used by a party at the Confirmation Hearing, except for cross-examination or rebuttal.

Date: 2/18/04

_____
Judith K. Fitzgerald
Chief United States Bankruptcy Judge

Counsel for Debtor shall immediately serve a copy of this order on all parties listed on the current service list and any other parties in interest and file a certificate of service with the Clerk of the Bankruptcy Court within ten (10) days hereof.



FILED
FEB 18 '04
JUDITH
BANK...

-4-

Case: 09-31347    Doc# 715-2    Filed: 07/13/10    Entered: 07/13/10 16:05:39    Page 4 of 4