PAUL E.B. GLAD (State Bar No. 79045)
JOEL T. MUCHMORE (State Bar No. 224446)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
pglad@sonnenschein.com
jmuchmore@sonnenschein.com

PHILIP A. O'CONNELL, JR.
SONNENSCHEIN NATH & ROSENTHAL LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Telephone: (617) 235-6802
Facsimile: (617) 235-6884
poconnelljr@sonnenschein.com

ROBERT B. MILLNER (*Pro Hac Vice*)
PATRICK C. MAXCY (*Pro Hac Vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
rmillner@sonnenschein.com
pmaxcy@sonnenschein.com

Attorneys for OneBeacon Insurance Company

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PLANT INSULATION COMPANY,<br><br>Debtor. | CASE NO. 09-31347-TC<br><br>CHAPTER 11<br><br>**NOTICE OF MOTION FOR SCHEDULING ORDER REGARDING HEARING ON CONFIRMATION OF THE PLAN OF REORGANIZATION**<br><br>Date: August 3, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. Thomas E. Carlson<br>Place: Courtroom 23<br>235 Pine Street<br>San Francisco, CA 94105 |

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**TO THE HONORABLE THOMAS E. CARLSON, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, COUNSEL FOR THE FUTURE CLAIMS REPRESENTATIVE, AND ALL OTHER PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on August 3, 2010, or as soon thereafter as the matter may be heard, before the Honorable Thomas E. Carlson, United States Bankruptcy Judge, in Courtroom 23, 235 Pine Street, San Francisco, California, 94105, the Insurers[1] (as defined herein) will and hereby do move (the "Motion") this Court for a scheduling order regarding the hearing on confirmation of the plan of reorganization of Plant Insulation Company ( the "Debtor") pursuant to Rules 9014 and 7026 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice and the Motion and Memorandum of Points and Authorities, and all attachments thereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to BLR 9014-1(c)(2), any opposition to the Motion should be in writing, filed and served not later than seven (7) days prior to the date set for hearing. The court may disregard any opposition that is not timely filed and served, and grant the relief requested in this Motion without considering ay untimely objections.

---

[1] The "Insurers" are comprised of Fireman's Fund Insurance Company; American Automobile Insurance Company, Mt. McKinley Insurance Company, United States Fidelity and Guaranty Company, American Home Assurance Company; Insurance Company of the State of Pennsylvania; Granite State Insurance Company, Safety National Casualty Corporation, Transport Indemnity Company, Insurance Company of the West, United States Fire Insurance Company, and Arrowood Indemnity Company f/k/a Royal Indemnity Company, as successor to Globe Indemnity Company.

-2-
NOTICE OF MOTION FOR SCHEDULING ORDER
Case No. 09-31347-TC

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Dated: San Francisco, California
July 13, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP

By  /s Philip A. O'Connell, Jr.
PHILIP A. O'CONNELL, JR.
101 Federal Street, Suite 2750
Boston, Massachusetts 20110

and

SONNENSCHEIN NATH & ROSENTHAL LLP
Robert B. Millner
Patrick Maxcy
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6404

*Attorneys for OneBeacon Insurance Company*

27349888\V-1

-3-
NOTICE OF MOTION FOR SCHEDULING ORDER
Case No. 09-31347-TC