Peter J. Benvenutti (Bar No. 60566)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: pjbenvenutti@jonesday.com

Attorney for Debtor and Debtor in Possession
PLANT INSULATION COMPANY

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PLANT INSULATION COMPANY, a California corporation,<br><br>Debtor. | Case No. 09-31347 TC<br><br>Chapter 11<br>**DECLARATION OF PETER J. BENVENUTTI REGARDING NO OPPOSITION TO DEBTOR'S MOTION FOR ORDER AUTHORIZING THE DEBTOR TO ASSUME EXECUTIVE CONSULTING AGREEMENT WITH THE FLINTKOTE COMPANY, AS AMENDED**<br><br>**No Hearing**<br><br>Judge: Honorable Thomas E. Carlson |

I, Peter J. Benvenutti, declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner of the law firm of Jones Day, general bankruptcy counsel to debtor and debtor in possession Plant Insulation Company (the "Debtor").

2. I submit this declaration in regarding the lack of any opposition to the Motion for Order Authorizing the Debtor to Assume Executive Consulting Agreement with the Flintkote Company, As Amended (the "Motion"), which is attached hereto as Exhibit A.

3. The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

1. 4. On January 13, 2011, the Debtor filed the Motion [Dkt. No. 957], the Declaration of Peter J. Benvenutti in support of the Motion [Dkt No. 958], the Declaration of the Honorable Ken M. Kawaichi (Ret.) in support of the Motion [Dkt. No. 959] and Notice of the Motion [Dkt. No. 960], and served copies of all of those pleadings on those parties listed on the Certificate of Service attached hereto as <u>Exhibit B</u>.

5. Bankruptcy Local Rule ("B.L.R.") 9014-1(b)(4) provides that when no objection or request for a hearing has been filed or served within the time provided in B.L.R. 9014-1(b)(3)(A)(i) (*i.e.,* 21 days after service of the moving papers), the initiating party may request relief by default by submitting a request for entry of an order by default and a proposed order.

6. I have reviewed the Court's docket in this case, and as of the date of this Declaration, no answer, objection or other responsive pleading to the Motion appears thereon. In addition, I have not received, nor am I aware of, any opposition and/or requests for hearing in connection with relief requested in the Motion; nor has any party sought or received an extension of their time to respond to the Motion. Therefore, the time for a party to file and serve an objection to or request for a hearing on the relief sought in the Motion has now lapsed.

7. Accordingly, adequate notice having been given, the Debtor respectfully requests that the Court enter an Order approving the Motion in the form uploaded through ECF concurrently herewith.

8. I will amend or supplement this declaration to the extent I learn that (a) any of the within representations are incorrect or (b) there is any change of circumstance relating thereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 9th day of February 2011, at San Francisco, California.

/s/ Peter J. Benvenutti
Peter J. Benvenutti

SFI-661286v2

CORREA DEC. RE NO OPPOSITION TO RETENTION
OF BACHECKI CROM
Case No. 09-31347 TC

- 2 -