1  PAUL E.B. GLAD (State Bar No. 79045)
   JOEL T. MUCHMORE (State Bar No. 224446)
2  SNR Denton US LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone:  (415) 882-5000
4  Facsimile:  (415) 882-0300
   paul.glad@snrdenton.com
5  joel.muchmore@snrdenton.com

6  PHILIP A. O'CONNELL, JR. (State Bar No. 152486)
   SNR Denton US LLP
7  101 Federal Street, Suite 2750
   Boston, MA 02110
8  Telephone:  (617) 235-6802
   Facsimile:  (617) 235-6884
9  philip.oconnelljr@snrdenton.com

10 ROBERT B. MILLNER (*Pro Hac Vice*)
   PATRICK C. MAXCY (*Pro Hac Vice*)
11 SNR Denton US LLP
   233 S. Wacker Drive, Suite 7800
12 Chicago, IL 60606-6404
   Telephone:  (312) 876-8000
13 Facsimile:  (312) 876-7934
   robert.millner@snrdenton.com
14 patrick.maxcy@snrdentoncom

15 Attorneys for OneBeacon
   Insurance Company

16                    UNITED STATES BANKRUPTCY COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18 In re                              | Case No. 09-31347-TC

19                                    | CHAPTER 11

20 PLANT INSULATION COMPANY,           | **DECLARATION OF PHILIP A.
                                       | O'CONNELL, JR. IN SUPPORT OF
21        Debtor.                      | ONEBEACON INSURANCE COMPANY'S
                                       | JOINDER IN CERTAIN INSURERS'
22                                     | MOTION FOR SUMMARY JUDGMENT
                                       | (CONTRIBUTION ISSUES) [DOCKET NO.
23                                     | 1227]**

24                                     | Date:     July 15, 2011
                                       | Time:     9:30 a.m.
25                                     | Judge:    Hon. Thomas E. Carlson
                                       | Place:    Courtroom 23
26                                     |           235 Pine Street
                                       |           San Francisco, CA 94105
27

28

DECLARATION OF PHILIP A. O'CONNELL, JR. IN SUPPORT OF
ONEBEACON'S JOINDER IN CERTAIN INSURERS' MOTION FOR SUMMARY JUDGMENT
Case No. 09-31347-TC

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

DECLARATION OF PHILIP A. O'CONNELL, JR. IN SUPPORT OF ONEBEACON INSURANCE COMPANY'S JOINDER IN CERTAIN INSURERS' MOTION FOR SUMMARY JUDGMENT [DOCKET NO. 1227]:

I, Philip A. O'Connell, Jr., declare as follows:

1.      I am an attorney duly admitted to practice law in the State of California and am a partner in the law firm of SNR Denton US LLP. I am one of the counsel for OneBeacon Insurance Company in this bankruptcy case. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of "Defendant and Cross-Complainant OneBeacon Insurance Company's Cross-Complaint For Declaratory Relief against Sompo Japan Insurance Company of America and United National Insurance Company" as filed in *Plant Insulation Company v. FFIC, et al.*, San Francisco Superior Court Case No. 06-448618.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 29, 2010, in Boston, Massachusetts.


                                                    _____/s/ *Philip A. O'Connell, Jr.*_____.

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-2-

Case: 09-31347    Doc# 1266    Filed: 06/29/11    Entered: 06/29/11 16:46:53    Page 2 of
2