| | |
|---|---|
| Michael H. Ahrens (CA Bar No. 44766)<br>Steven B. Sacks (CA Bar No. 98875)<br>Michael M. Lauter (CA Bar No. 246048)<br>**SHEPPARD, MULLIN, RICHTER &**<br>**HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111<br>mahrens@sheppardmullin.com<br>ssacks@sheppardmullin.com<br>Telephone: (415) 434-9100<br>Facsimile: (415) 434-3947<br>**Counsel to Official Committee of Unsecured**<br>**Creditors, Proponent of the Plan** | Peter J. Benvenutti (CA Bar No. 60566)<br>Ryan T. Routh (admitted *pro hac vice*)<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, California 94104<br>pjbenvenutti@jonesday.com<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>**Counsel to Plant Insulation Company,**<br>**Debtor, Proponent of the Plan** |
| Gary S. Fergus (CA Bar No. 95318)<br>**FERGUS, A LAW OFFICE**<br>595 Market St., Suite 2430<br>San Francisco, California 94105<br>gfergus@ferguslegal.com<br>Telephone: (415) 537-9030<br>Facsimile: (415) 537-9038<br>**Counsel to Futures Representative,**<br>**Proponent of the Plan** | Peter Van N. Lockwood (DC Bar No. 086447)<br>**CAPLIN & DRYSDALE, CHARTERED**<br>1 Thomas Circle N.W.<br>Washington, D.C. 20005<br>pvnl@capdale.com<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>**Counsel to Official Committee of Unsecured**<br>**Creditors, Proponent of the Plan** |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re**<br><br>**PLANT INSULATION COMPANY, a California corporation,**<br><br>　　Debtor.<br><br>**Tax ID: 94-0292481** | **Case No. 09-31347-TC**<br><br>**Chapter 11**<br><br>**PLAN PROPONENTS' OPPOSITION TO CERTAIN INSURERS' MOTION FOR SUMMARY JUDGMENT (CONTRIBUTION ISSUES)**<br><br>**Hearing**<br>Time: July 15, 2011<br>Date: 9:30 a.m. PDT<br>Place: 235 Pine St., 23rd Floor<br>　　　San Francisco, CA<br>Judge: Honorable Thomas E. Carlson |

| | |
|---|---|
| 1 | Plant Insulation Company, debtor and debtor-in-possession herein, the Official Committee |
| 2 | of Unsecured Creditors of the Debtor and the Hon. Charles B. Renfrew (Ret.), court-appointed |
| 3 | representative of holders of future claims (collectively, the "Proponents"), hereby oppose the |
| 4 | Certain Insurers' Motion for Summary Judgment (Contribution Issues) [Dkt. No. 1216] |
| 5 | (the "Insurer Motion") and all supporting papers, including the Memorandum of Points and |
| 6 | Authorities In Support of Certain Insurers' Motion for Summary Judgment (Contribution Issues) |
| 7 | [Dkt. No. 1218] (the "Insurer Brief"), each of which was filed on June 14, 2011 by those certain |
| 8 | insurers identified in footnote 1 of the Insurer Motion (the "Original Moving Insurers"). The Plan |
| 9 | Proponents also hereby oppose: (i) OneBeacon Insurance Company's Joinder in Certain Insurers' |
| 10 | Motion for Summary Judgment (Contribution Issues) [Dkt. No. 1227] (the "OneBeacon |
| 11 | Joinder"), which was filed on June 20, 2011 by OneBeacon Insurance Company ("OneBeacon"); |
| 12 | (ii) Joinder in Certain Insurers' Motion for Summary Judgment (Contribution Issues) [Dkt. |
| 13 | No. 1241] (the "USF&G Joinder"), which was filed on June 23, 2011 by United States Fidelity |
| 14 | and Guaranty Company ("USF&G"); (iii) United States Fire Insurance Company's Joinder in |
| 15 | Certain Insurers' Motion for Summary Judgment (Contribution Issues) [Dkt. No. 1264] (the "U.S. |
| 16 | Fire Joinder"), which was filed on June 29, 2011 by United States Fire Insurance Company ("U.S. |
| 17 | Fire"); and (iv) ACE Fire and ACE P&C's Joinder in Certain Insurers' Motion for Summary |
| 18 | Judgment (Contribution Issues) [Dkt. No. 1278] (the "ACE Joinder"), which was filed on July 1, |
| 19 | 2011 by Ace Fire Underwriters Insurance Company and ACE Property and Casualty Insurance |
| 20 | Company (together with the Original Moving Insurers, OneBeacon, USF&G, U.S. Fire and any |
| 21 | other insurer of Plant that joins in the Insurer Motion, the "Moving Insurers"). |
| 22 | The grounds in support of this Opposition are set forth in the accompanying Memorandum |
| 23 | of Points and Authorities. In sum, the Insurer Motion (and the OneBeacon Joinder, the USF&G |
| 24 | Joinder, the U.S. Fire Joinder and the ACE Joinder) should be denied because the Plan is not |
| 25 | unconfirmable as a matter of law. Put simply, the Insurer Motion fails because the Moving |
| 26 | Insurers have misinterpreted the proper application of section 524(g) and because the Moving |
| 27 | Insurers' allegation that the operation of section 524(g) would violate the Fifth Amendment of the |
| 28 | United States Constitution is completely unfounded. In fact, because a decision regarding issues |

presented by the Insurer Motion and supporting papers does not hinge upon disputed issues of material fact, the Proponents submit that the Court should issue a ruling that the Plan is confirmable with respect to the issues presented.

This Opposition is based on this Opposition, the accompanying Memorandum of Points and Authorities, the declaration of Jeffrey S. Raskin in support of this Opposition (the "Raskin Declaration"), the record in this case and all matters of which this Court may properly take judicial notice.

Dated: July 1, 2011

**CAPLIN & DRYSDALE, CHARTERED**
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By  */s/ Steven B. Sacks*
STEVEN B. SACKS
Attorneys for Official Committee of Unsecured Creditors of Plant Insulation Company

**FERGUS, A LAW OFFICE**

By  */s/ Gary S. Fergus*
GARY S. FERGUS
Attorney for the Hon. Charles B. Renfew (Ret.), Futures Representative

**JONES DAY**

By  */s/ Peter J. Benvenutti*
PETER BENVENUTTI
Attorneys for the Debtor and Debtor-in-Possession, Plant Insulation Company

SFI-701020v2