Michael H. Ahrens (CA Bar No. 44766)
Steven B. Sacks (CA Bar No. 98875)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
mahrewns@sheppardmullin.com
ssacks@sheppardmullin.com
Telephone: 415.434.9100
Facsimile: 415.434.3947

Counsel to Official Committee of Unsecured
Creditors

Gary S. Fergus (CA Bar No. 95318)
FERGUS, A LAW OFFICE
595 Market St., Suite 2430
San Francisco, California 94105
gfergus@ferguslegal.com
Telephone: 415.537.9030
Facsimile: 415.537.9038

Counsel to Futures Representative,
Hon. Charles Renfrew (Ret.)

Peter J. Benvenutti (CA Bar No. 60566)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
pjbenvenutti@jonesday.com
Telephone: 415.626.3939
Facsimile: 415.875.5700

Counsel to Plant Insulation Company,
Debtor

Peter Van N. Lockwood (DC Bar No. 086447)
CAPLIN & DRYSDALE, CHARTERED
1 Thomas Circle N.W.
Washington, D.C. 20005
pvnl@capdale.com
Telephone: 202.862.5000
Facsimile: 202.429.3301

Counsel to Official Committee of Unsecured
Creditors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**FILED NOV 28 2011**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re:

PLANT INSULATION COMPANY, a California corporation,

    Debtor.

Tax ID: 94-0292481

CASE NO. 09-31347
Chapter 11

**DECLARATION OF EDWARD M. MCDONOUGH IN SUPPORT OF PLAN CONFIRMATION**

Date: December 5, 2011
Time: 9:30 a.m.
Judge: Hon. Thomas E. Carlson
Place: Courtroom 23
235 Pine Street
San Francisco, CA

**DOCUMENT SUBMITTED UNDER SEAL**