SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
mahrens@sheppardmullin.com
STEVEN B. SACKS, Cal. Bar No. 98875
ssacks@sheppardmullin.com
MICHAEL M. LAUTER, Cal Bar No. 246048
mlauter@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for the OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PLANT INSULATION COMPANY, a California corporation<br><br>              Debtor.<br><br>Tax ID: 94-0292481 | Case No. 09-31347<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL M. LAUTER IN SUPPORT OF COMMITTEE'S RENEWED OBJECTION TO CLAIM OF BERRY & BERRY, A PLC (CLAIM NO. 60)**<br><br>*[No Hearing Required Unless Requested]* |

I, Michael M. Lauter, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted before this Court. I am an associate with the law firm of Sheppard, Mullin, Richter & Hampton LLP, counsel to the Official Committee of Unsecured Creditors of Plant Insulation Company (the "Committee"). I make this declaration in that capacity. Except for those statements made upon information and belief, the following facts are based upon my personal knowledge and if called to testify, I could and would competently testify to such facts. As to those statements made upon information and belief, I believe them to be true.

2. This declaration is submitted in support of the *Committee's Renewed Objection to Claim of Berry & Berry, a PLC (Claim No. 60)* (the "Objection"), filed contemporaneously with this declaration. Capitalized terms not defined in this declaration shall have the meanings ascribed to them in the Objection.

3. Attached as Exhibit A is a true and correct copy of the proof of claim filed by Berry & Berry, a PLC on October 14, 2009 as Claim No. 60 on the claims register in this bankruptcy case, as I obtained such proof of claim from the Court's electronic claims register maintained on PACER.

4. Attached as Exhibit B is the Declaration of Monte S. Travis filed on June 2, 2011 as Docket No. 1202 on the docket in this bankruptcy case, as I obtained such Declaration from the Court's electronic docket maintained on PACER.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2013, at San Francisco, California.

*/s/ Michael M. Lauter*
MICHAEL M. LAUTER