MEEGHAN L. BUCKLEY (State Bar No. 241161)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
meeghan.buckley@dentons.com

PHILIP A. O'CONNELL, JR. (State Bar No. 152486)
DENTONS US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Telephone: (617) 235-6802
Facsimile: (617) 235-6884
philip.oconnelljr@dentons.com

ROBERT B. MILLNER (*Pro Hac Vice*)
CHRISTOPHER SOPER (*Pro Hac Vice*)
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
robert.millner@dentons.com
christopher.soper@dentons.com

Attorneys for OneBeacon
Insurance Company

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PLANT INSULATION COMPANY,<br><br>Debtor | Case No. 09-31347-TC<br><br>CHAPTER 11<br><br>DECLARATION OF TRICIA DAZIEL IN SUPPORT OF ONE BEACON INSURANCE COMPANY'S OBJECTION TO PLAN PROPONENTS' MOTION FOR ORDER (A) APPROVING AGREEMENT WITH U.S. FIRE INSURANCE COMPANY, (B) DESIGNATING U.S. FIRE AS A SETTLING ASBESTOS INSURER UNDER THE PLAN, AND (C) APPROVING THE SALE OF INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS<br><br>Date: June 27, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Thomas E. Carlson<br>Place: Courtroom 23<br>235 Pine Street<br>San Francisco, CA 94105 |

- i -

I, Tricia Daziel, declare as follows:

1. I am an Account Manager for Resolute Management, Inc. - ("Resolute"), the third-party administrator for OneBeacon Insurance Company ("OneBeacon"). I am authorized to make this declaration for and on behalf of OneBeacon. The following facts are based upon my personal knowledge and, if called to testify, I could and would competently testify to such facts. In submitting this Declaration, it is not my intention to waive any privilege, including, without limitation, any joint privilege shared with Plant Insulation Company ("Plant"), the debtor in this bankruptcy case.

2. I have a Bachelor of Arts degree from Bowdoin College. I have been employed in the insurance industry since 1993 and have been involved in handling asbestos-related bodily injury claims (among others) during nearly all of my career in the insurance industry. I have been an Account Manager for Resolute since April 2008. My duties while at Resolute have included and include the handling of claims against various insureds of various insurance entities, including, among others, OneBeacon Insurance Company. I have personally been involved in dealing with numerous defense and plaintiffs' law firms throughout the United States in asbestos-related bodily injury, toxic tort and environmental injury cases, and have been personally involved in settling thousands of underlying claims, including thousands of asbestos-related bodily injury cases.

3. Since approximately April, 2008, as an Account Manager at Resolute, I have been responsible for certain aspects of OneBeacon's relationship with Plant. In that role, I have, among other things, had principal day-to-day responsibility for the handling of claims asserted against Plant for alleged asbestos-related bodily injury, including responsibility for monitoring and paying the fees and costs of law firms that have been retained to and have been representing Plant in underlying cases; where appropriate, settling claims asserted against Plant for alleged asbestos-related bodily injury; and supervising the preparation and maintenance of certain records relating to these activities. Since 2008, I have devoted at least several hundred hours to this activity. I am aware of the payments made to settle cases against Plant and the attorneys' fees

DAZIEL DECLARATION IN
SUPPORT OF NON-SETTLED
INSURERS' OBJECTION

and costs incurred in the defense of Plant in tort cases in which asbestos-related bodily injury is alleged to have occurred as a result of Plant's activities.

4. During the period from mid-2006 until May 20, 2009, OneBeacon paid attorneys' fees and costs amounting to at least $25,590,000.00 for the defense of Plant against asbestos-related bodily injury claims. The vast majority of these payments related to cases resolved prior to May 20, 2009.

5. To date, despite the fact that, during at least the mid-2006 to May 20, 2009 period, U.S. Fire took the position that it was defending Plant, U.S. Fire has made none of the defense payments referenced in the preceding paragraph, and has not reimbursed OneBeacon for any of the payments OneBeacon made on Plant's behalf during that period for defense costs.

6. The amounts that U.S. Fire should have paid for the defense of Plant against asbestos-related bodily injury claims through 2009 amounted to $6,859,762.54. The vast majority of these costs were for cases resolved before May 20, 2009. One Beacon is entitled to recover a large portion of these defense costs under a theory of contribution. Indeed, U.S. Fire's representative with respect to these matters, Agnes A. Reiss, has conceded that amounts are owed by U.S. Fire to OneBeacon for contribution relating to such defense costs and that, by U.S. Fire's own calculations, such amounts for the mid-2006 to May 20, 2009 period equal at least $1,320,412.71. To date, none of these sums owed by U.S. Fire to OneBeacon relating to defense costs incurred prior to May 20, 2009 have been paid to OneBeacon.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 13, 2014, in Boston, Massachusetts.

                                                                  /s/ Tricia Daziel

- 3 -

DAZIEL DECLARATION IN SUPPORT OF NON-SETTLED INSURERS' OBJECTION

Case: 09-31347  Doc# 2764  Filed: 06/13/14  Entered: 06/13/14 17:02:09  Page 3 of 3