ANNA SHIRAN (State Bar No. 260911)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
anna.shiran@dentons.com

ROBERT B. MILLNER (*Pro Hac Vice*)
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
robert.millner@dentons.com

PHILIP A. O'CONNELL, JR. (State Bar No. 152486)
DENTONS US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Telephone: (617) 235-6802
Facsimile: (617) 235-6884
philip.oconnelljr@dentons.com

Attorneys for OneBeacon
Insurance Company

DENTONS US LLP
525 MARKET STREET - 26TH FLOOR,
SAN FRANCISCO, CA 94105-2708
415-882-5000

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PLANT INSULATION CO.,<br><br>Debtor. | Case No. 3:09-BK-31347<br><br>Chapter 11<br><br>**CORRECTED DECLARATION OF ROBERT B. MILLNER REGARDING PUBLICATION NOTICE OF: ORDER (A) APPROVING SETTLEMENT AGREEMENT WITH THE RESOLUTE-RELATED PARTIES, (B) DESIGNATING THE RESOLUTE-RELATED PARTIES AS SETTLING ASBESTOS INSURERS UNDER THE PLAN, (C) APPROVING THE SALE OF INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS, (D) APPROVING THE PENDING CLAIMS CARVEOUT AND ASSOCIATED PROCEDURES; AND (E) APPROVING RECONSIDERATION PROCEDURES** |

Case: 09-31347 Doc# 2865 Filed: 10/09/14 Entered: 10/09/14 15:22:50 Page 1 of 30

I, Robert B. Millner, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of Illinois, a partner with the law firm of Dentons US LLP, and one of the attorneys of record for OneBeacon Insurance Company ("OneBeacon") in this case. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. On August 29, 2014, this Court entered an Order (A) Approving Settlement Agreement with the Resolute-Related Parties, (B) Designating the Resolute-Related Parties as Settling Asbestos Insurers Under the Plan, (C) Approving the Sale of Insurance Policies Free and Clear of Liens, Claims, and Interests, (D) Approving the Pending Claims Carveout and Associated Procedures, and (E) Approving Reconsideration Procedures. [Dkt. No. 2840]

3. On August 29, 2014, this Court also entered an Order (A) Approving Settlement Agreement with United States Fidelity and Guaranty Company, (B) Designating United States Fidelity and Guaranty Company as a Settling Asbestos Insurer Under the Plan, (C) Approving the Sale of Insurance Policies Free and Clear of Liens, Claims, and Interests, (D) Approving the Pending Claims Carveout and Associated Procedures, and (E) Approving Reconsideration Procedures. [Dkt. No. 2841]

4. OneBeacon published notices of the Orders referenced in paragraphs 2 and 3 in the following newspapers on the dates indicated below and containing the text shown on Exhibit A:

a) San Francisco Chronicle: 9-4-2014 and 9-11-2014 (Exhibit B).

b) Oakland Tribune: 9-5-2014 and 9-11-2014 (Exhibit C).

c) San Jose Mercury-News: 9-5-2014 and 9-11-2014 (Exhibit D).

d) Los Angeles Times: 9-4-2014 and 9-11-2014 (Exhibit E).

e) Orange County Register: 9-4-2014 and 9-11-2014 (Exhibit F).

f) San Diego Tribune: 9-4-2014 and 9-11-2014 (Exhibit G).

DENTONS US LLP
525 MARKET STREET - 26TH FLOOR
SAN FRANCISCO, CA 94105
415-882-5000

Case: 09-31347 Doc# 2865 Filed: 10/09/14 Entered: 10/09/14 15:22:50 Page 2 of 30

g) USA Today: 9-4-2014 (Exhibit H).

5. Publication notices were run twice in the newspapers set forth in paragraph 4 (a)-(g) and once in USA Today, listed in paragraph 4(g) above, on the dates indicated above.

6. Attached hereto as Exhibits B-H are a true and correct copies of the published notices, provided to OneBeacon by Stephanie Riess at Paradise Media, Inc.

7. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

8. Executed this 9th day of October, 2014, at Chicago, Illinois.

DENTONS US LLP

*/s/ Robert B. Millner*
Robert B. Millner

*Attorneys for OneBeacon Insurance Company*

82906577

DENTONS US LLP
525 MARKET STREET - 26TH FLOOR
SAN FRANCISCO, CA 94105
415-882-5000

# EXHIBIT  A

PAID ADVERTISING

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHER TRICT OF CALIFORNIA

In re

**PLANT INSULATION COMPANY,**
Debtor. • Case No. 09-31347 Chapter 11

**NOTICE OF ENTRY OF ORDER AND RECONSIDERATION PROCEDURES REGARDING PLAN PROPONENTS' MOTION ("Motion") FOR ORDER (the "Order") (1) (A) APPROVING SETTLEMENT AGREEMENT (the "Resolute-Related Settlement Agreement") WITH THE RESOLUTE CARRIERS, (B) DESIGNATING THE RESOLUTE CARRIERS AS SETTLING ASBESTOS INSURERS UNDER THE PLAN, (C) APPROVING THE SALE OF INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS, (D) APPROVING THE PENDING CLAIMS CARVEOUT AND ASSOCIATED PROCEDURES; (E) APPROVING RECONSIDERATION PROCEDURES and (2) (A) APPROVING SETTLEMENT AGREEMENT (the "USF&G Settlement Agreement") WITH UNITED STATES FIDELITY AND GUARANTY COMPANY, (B) DESIGNATING UNITED STATES FIDELITY AND GUARANTY COMPANY AS A SETTLING ASBESTOS INSURER UNDER THE PLAN, (C) APPROVING THE SALE OF INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS, AND (D) APPROVING RECONSIDERATION PROCEDURES.**

NOTICE IS GIVEN that on August 29, 2014, the United States Bankruptcy Court for the Northern District of California granted the above-referenced Motion which approved the Resolute-Related Settlement Agreement with the following Settling Parties: OneBeacon Insurance Company, OneBeacon American Insurance Company, American Employers' Insurance Company, Transport Insurance Company as successor-in-interest to Transport Indemnity Company, American Home Assurance Company, Insurance Company of the State of Pennsylvania, and Granite State Insurance Company (collectively, the "Resolute-Related Settling Parties"). In addition, the following are Additional Released Parties under the Resolute-Related Settlement Agreement: National Indemnity Company, White Mountains Insurance Group, Ltd., OneBeacon Insurance Group, Ltd., Resolute Management Inc., Randall & Quilter America Holdings, Inc., Randall & Quilter Investment Holdings, Ltd., and R&Q Solutions LLC (collectively, the "Resolute-Related Additional Released Parties").

NOTICE IS FURTHER GIVEN that on the same date, the Court approved a Settlement Agreement (the "USF&G Settlement Agreement") with USF&G (as that term is defined in the Settlement Agreement) between United States Fidelity and Guaranty Company ("USF&G",) and Bayside Insulation & Construction, Inc. (formerly known as Plant Insulation Company) (the "Debtor") and certain other parties. The USF&G Settlement Agreement includes as additional Releasees certain affiliates, parents and subsidiaries of USF&G, including (per USF&G) The Travelers Indemnity Company, Travelers Casualty and Surety Company (formerly known as The Aetna Casualty and Surety Company), St. Paul Fire and Marine Insurance Company, and other related entities.

The Settlement Agreements include releases by Debtor Releasors (as defined in the Settlement Agreements) and sales by Bayside Insulation & Construction, Inc. (formerly known as Plant Insulation Company) (the "Debtor") to the Resolute-Related Settling Parties and USF&G of insurance policies issued or allegedly issued by the Resolute-Related Settling Parties or USF&G free and clear of all liens, claims, encumbrances and/or interests of any kind or nature whatsoever.

The Plan Proponents who moved for the Order are the Debtor, the Official Committee of Unsecured Creditors and the court-appointed Futures Representative. The settlement amount that the Resolute Settling Parties will pay upon the Order and the New Confirmation Order (as defined in the Settlement Agreements) becoming Final Orders is one hundred ten million dollars ($110,000,000), which will be paid to a Trust for the benefit of Asbestos Claimants. Pursuant to the applicable Order, 5.7 percent of the gross settlement proceeds paid by the Resolute-Related Settling Parties will be used by the Trust to create a Pending Claims Carveout, which will be distributed to Asbestos Claimants with active claims against Debtor in the tort system. The settlement amount that United States Fidelity and Guaranty will pay under the USF&G Settlement Agreement upon the Order and the New Confirmation Order (as defined in the USF&G Settlement Agreement) becoming Final Orders is twenty one million dollars ($21,000,000), and $1 million on or before December 31, 2016 under certain conditions, all of which will be paid to a Trust for the benefit of Asbestos Claimants. The Orders find that the contributions of the Resolute-Related Settling Parties, the Resolute Related Additional Released Parties and USF&G to the Trust justify their designation as Settling Asbestos Insurers (as defined in the Amended and Restated Second Amended Plan of Reorganization of Plant Insulation Company, as Modified (the "Plan")) and the issuance of the Settling Asbestos Insurer Injunction (as defined in the Plan) in their favor.

**Under the Settling Asbestos Insurer Injunction, issued under Section 524(g) of the Bankruptcy Code, litigation of all present and future Asbestos Related Claims against the Resolute-Related Settling Parties, the Resolute-Related Additional Released Parties and USF&G (all as defined herein and in the Settlement Agreements), will be enjoined and forever barred, and holders of such Claims will be entitled to remedies under the Plan, which establishes the Trust to pay Asbestos Related Claims.**

If you have an Asbestos Related Claim (as defined in the Plan and which includes Asbestos Indirect Claims, e.g. contribution, reimbursement, indemnity, subrogation) against the Debtor as to which insurance coverage from Resolute-Related Settling Parties, Resolute-Related Additional Released parties, or USF&G is or may be available, your rights may be affected.

**The Orders are presently stayed pending the following procedures for reconsideration of the Order. Any party in interest may seek reconsideration of the applicable Order under Bankruptcy Rules 9023 or 9024 as if they had filed an objection prior to the issuance of the Order, by filing, within 21 days following the date of entry of the Orders (August 29, 2014), either a motion that conforms to the requirements specified immediately below, or a written joinder in such a motion timely filed by another party.**

Such motion shall be sufficient if it includes (i) a writing entitled "Motion for Reconsideration" that identifies the moving party or parties and states that the moving party or parties intend or may wish to seek reconsideration of one or both of the Orders, and (ii) a declaration of one of the moving parties, which may be signed by party's counsel, stating that the party intends or may wish to seek reconsideration. A joinder shall be sufficient if it is made in writing, states the party's intention to join in a motion, and identifies the party or parties on whose behalf it is filed and the motion to which it relates (either by docket number or the identity of the party filing the motion); a timely filed joinder shall entitle the joining party to participate fully in all further reconsideration proceedings. No other papers need be filed within the 21-day deadline for a motion or joinder to be considered timely filed. Further procedures are set forth in the Order.

For further information you may contact counsel for the Committee, Steven B. Sacks at ssacks@sheppardmullin.com. Copies of the Motion, Settlement Agreement, the Order, Supporting Declarations and related documents are available at the Trust's website: www.pastrust.com.

# EXHIBIT B

BAY AREA

S.F. SYMPHONY OPENING NIGHT GALA

# Stunning looks at the start of 103rd season

The 2014 fall arts season officially kicked off Wednesday with the opening of the San Francisco Symphony's 103rd season. After a dinner at City Hall, the well-heeled audience moved across the street to Davies Symphony Hall, where Music Director Michael Tilson Thomas raised the baton on his 20th year with the orchestra. In addition to the music, the Opening Night Gala was about fashion. Below are some of the night's top looks spotted by style writer Carolyne Zinko. For more coverage of Wednesday's gala, go to SFChronicle.com and check out Friday's Datebook section.

Nicky Hilton poses with purse in a soft pink floral sequined Valentino gown.

Rachael Bowman shines in an emerald green Lanvin gown at the opening gala.

Komal Shah stands out in an Oscar de la Renta gown at the fall arts season's kickoff.

Jessica Hickingbotham shows off a vintage Scaasi gown at Davies Symphony Hall.

Lisa Goldman, chairwoman of the gala, wears a custom gown by designer C.L. Green.

FROM THE COVER

# Judges side with Yelp, deny claims of manipulation

Yelp from page A1

ing," and not extortion or unfair business practices, Judge Marsha Berzon said in Tuesday's 3-0 ruling.

The court upheld a federal judge's dismissal of a proposed class-action damage suit by small-business owners who claimed Yelp's sales representatives told them their ratings would depend on their decision to buy ads.

"I've got hundreds of people who have called me with this problem. When they stopped advertising with Yelp, their good reviews got stripped out," the business owners' lawyer, Lawrence Murray, said after Tuesday's ruling.

"What does it take, to have a gun to their head? ... This is extortion in any other setting."

Yelp said it's not true and couldn't happen, because its review-filtering software doesn't distinguish between advertisers and non-advertisers.

"For years, fringe commentators have accused Yelp of altering business ratings for money," said the San Francisco company's litigation director, Aaron Schur. "Yelp has never done this, and individuals making such claims are either misinformed or, more typically, have an ax to grind."

One plaintiff, Boris Levitt, owner of a furniture-restoration business in San Francisco, said several five-star ratings disappeared from his Yelp page two days after he refused to buy ads. Tracy Chan, a San Francisco dentist, said a Yelp sales representative offered her "lots of benefits" for advertising, then removed nine five-star ratings from her page a few days later — ratings that were restored after she signed an advertising contract.

Cats and Dogs Animal Hospital of Santa Barbara said Yelp offered to "hide negative reviews" in exchange for ad sales. The owner of Wheel Techniques, a Santa Clara auto body shop, said he asked Yelp why a competitor had a higher rating and was told that the rival company bought ads.

Such claims, if credible, might tarnish Yelp's own ratings with the public. Like the businesses its users rate, Yelp must work hard to maintain its own credibility with consumers, said Gartner Research Director Brian Blau.

"On the surface, you'd think this news would be an endorsement for Yelp," Blau said Wednesday. But it could leave consumers wondering. "If Yelp is permitted to do this, will they? They said they aren't, but will they in the future? That's going to be the bigger question."

In this case, the appeals court said the plaintiffs failed to show that the company violated their rights or broke any laws, even if they proved all their allegations.

Yelp's ratings, based on reviews by members of the public, are within its discretion, Berzon said — a "benefit" the company chooses to provide. Because the company's ads also have value, she said, "any implicit threat by Yelp to remove positive reviews absent payment for advertising was not (legally) wrongful."

*Chronicle staff writer Benny Evangelista contributed to this report.*

**Online extra**

To view the ruling, go to http://1.usa.gov/W7Eanl.

**"The threat of economic harm ... is, at most, hard bargaining," and not extortion or unfair business practices.**

*Judge Marsha Berzon, in the 3-0 ruling*

*Bob Egelko is a San Francisco Chronicle staff writer. E-mail: begelko@sfchronicle.com Twitter: @egelko*

SHOPPING HAS NEVER BEEN EASIER.

Find&Save helps you find the best sales at your favorite local stores and malls. Start saving now!

FindNSave.SFGate.com

FIND&SAVE
BROUGHT TO YOU BY
SFGate

PAID ADVERTISING

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANT INSULATION COMPANY,
Debtor. Case No. 09-31347 Chapter 11

The Tribute in Light illuminates the night sky in lower Manhattan next to the site of the World Trade Center in remembrance of the attacks that brought down the Twin Towers on Sept. 11, 2001.

9/11 ANNIVERSARY

# N.Y. heightens vigilance as terror threat expands

ASSOCIATED PRESS

NEW YORK — Air strikes in Iraq, ongoing unrest in Syria and the beheadings of two American journalists are casting a long shadow over the 13th anniversary of the Sept. 11 attacks.

While there is no specific threat against New York ahead of the Thursday commemoration, the rising power of disparate militant groups around the world presents the most complex terrorism danger since the Twin Towers were destroyed, New York intelligence officials said this week.

"It is layer upon layer upon layer — not all coming from the same place or ideology," said John Miller, the New York Police Department's deputy commissioner of intelligence and counterterrorism.

That differs from five years ago, when the risk was chiefly from al Qaeda, Miller said. Now, he said, the threat is also coming from the well-funded, highly sophisticated "mass marketing of terrorism" — affiliate groups, foreign fighters, uprising militants and the idea of "al Qaeda-ism."

"When you look at the level of sophistication, the amount of slickness applied to their video production, the amount of thought that goes into creating a narrative," he said. "They're doing the same kind of thing as we've seen in commercial publishing or in the ad industry."

The World Trade Center flag is presented as friends and relatives of 9/11 attack victims gather at the National September 11 Memorial in New York in 2013 for a ceremony marking the 12th anniversary of the tragedy.

Jason DeCrow / Associated Press 2013

New York remains the top target, and that makes preparing for big events, including the U.S. Open tennis tournament, the U.N. General Assembly and the Sept. 11 commemoration, that much more critical, officials said.

Plus, President Obama outlined an expanded U.S. campaign against militants in Iraq and Syria following the beheadings of American journalists James Foley and Steven Sotloff.

The White House said Obama met Tuesday with senior administration officials to review security threats and preparedness ahead of the 9/11 anniversary.

New York Police Commissioner William Bratton said the department is prepared.

"We will, as always, ramp up intelligence gathering and visibility," Bratton said. That means thousands of officers in specialized teams, bomb-sniffing dogs who can detect not only the scent of a bomb but the vapors of a moving target, undercover officers and teams of police using radioactive detection devices and other high-tech tools.

Intelligence officers around the globe will be reporting in regularly and monitoring events around the world. If something happens in Gaza, it's instantly felt in New York because of the large Jewish and Palestinian populations.

"Things ricochet real quick here," said intelligence chief Thomas Galati.

The private anniversary ceremony will be held on the National September 11 Memorial & Museum plaza on Thursday morning. The tribute has centered on reading the names of the nearly 3,000 people killed in New York, at the Pentagon and near Shanksville, Pa., in the 2001 attacks, as well as recognizing the six people killed in the 1993 World Trade Center bombing.

But for the first time, the memorial plaza will be open to the public this year from 6 p.m. to midnight.

Sandy Kowalchik, 49, of San Jose said she was aware of the security concerns but it didn't change her plan to visit New York this week.

"It seems like authorities in the U.S. and the city are much more aware of anything going on," she said, standing near the reflecting pools at the 9/11 memorial. "Heightened awareness makes people nervous, but it makes you more cognizant of what's around you."

YOSEMITE

# Firefighters push to open popular Half Dome trail

By Hamed Aleaziz

Firefighters were making progress Wednesday as they sought to control a blaze that had blackened more than 4,500 rugged acres near Half Dome in Yosemite National Park, with officials estimating containment at 10 percent.

The Meadow Fire, which authorities believe ignited in a lightning storm July 19 and then exploded over the weekend due to heavy winds, forced the helicopter evacuation of 85 people on Sunday. No structures burned, though, and Yosemite Valley's roads and lodgings remained open.

As forecasts called for warm and dry weather, more than 400 firefighters and other personnel battled the blaze Wednesday. The cost of the fight was approaching $1 million. Park officials said the priority was to secure the west flank of the fire in order to reopen the popular trail to Half Dome.

The following trails were closed: Echo Creek Drainage to Little Yosemite Valley; Sunrise Creek Drainage to Little Yosemite Valley; Merced River Corridor to the Merced Lake ranger station; and Sunrise Trail to Clouds Rest from Tenaya Lake.

Officials said firefighters were focused on protecting the park's High Sierra camps at Vogelsang, Sunrise Meadow and Merced Lake. They were also concerned about firefighters coming into contact with bears, with trash being hauled daily from fire lines.

*Hamed Aleaziz is a San Francisco Chronicle staff writer. E-mail: haleaziz@sfchronicle.com Twitter: @haleaziz*

855-334-7419
www.turnereye.com

Chirag R. Patel, M.D.
Stephen G. Turner, M.D.

Schedule a Laser Vision Correction FREE Screening!
• San Leandro • Concord

DRUG TRAFFICKING

# 9 arrested in raids linked to cartel money laundering

LOS ANGELES TIMES

LOS ANGELES — Federal agents launched a series of raids in the downtown Los Angeles fashion district on Wednesday and seized an estimated $65 million in cash and other assets they allege were part of a widespread attempt by Mexican drug cartels to launder narcotics profits.

Nine people were arrested in raids targeting 70 locations, many of them businesses in the fashion district.

Federal officials said they believe the drug organizations have used numerous businesses in the garment district to convert their vast earnings into pesos, turning Los Angeles into a hub for "trade-based money laundering."

"Los Angeles has become the epicenter of narco-dollar money laundering with couriers regularly bringing duffel bags and suitcases full of cash to many businesses," Robert E. Dugdale, the assistant U.S. attorney in charge of federal criminal prosecutions here, said in a statement.

Wednesday's seizures included piles of cash and money stashed in bank accounts around the world, federal authorities said.

Agents with the FBI and Immigration and Customs Enforcement infiltrated several peso brokerages operating in Los Angeles, officials said. The undercover officers delivered bundles of cash, sometimes shrink-wrapped in grocery bags, to storefronts in the fashion district, even telling business owners that the money came from drug trafficking.

Operations that launder drug money through legitimate trade have soared since Mexico restricted the use of American dollars in 2010, forcing the cartels to convert their dollars to pesos without tipping off authorities.

PAID ADVERTISING

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANT INSULATION COMPANY,



# EXHIBIT C



Fast-food workers demanded $15 an hour and a union on Broadway in Oakland. Similar protests were underway across the country, with organizers hoping for walkouts in up to 100 cities.

## Protest

Continued from Page 1

the restaurant closed. After that, they returned to the plaza, and the streets were reopened to traffic.

Similar protests were underway across the country, with organizers hoping for walkouts in up to 100 cities.

Some arrests were reported in New York.

The national movement is backed by the powerful Service Employees International Union, which represents 1.9 million workers, including janitors, home health care aides and city employees.

The movement to unionize, which started in New York in 2012, got some traction last month when the National Labor Relations Board said McDonald's could be named as a joint employer in charges filed on behalf of workers over unfair labor practices.

That move will force McDonald's corporate brass to sit down with workers and their organizers instead of passing the responsibility to franchisees, union members said Thursday.

McDonald's and "other industry players have tried to sidestep workers' calls, inventing a make-believe world in which responsibility for wages and working conditions falls only on the shoulders of franchisees, not the corporations that control how food is served and priced," said an SEIU California statement announcing the Oakland action.

At the same time, a bill in the California Legislature could soon give franchisees a leg up on corporate restaurant chains by enacting stricter rules on when companies can decide to terminate their agreements.

"The idea is that workers need to be organized because they face abuses, wage violations and health and safety violations," said Gary Jimenez, East Bay vice president of SEIU Local 1021, who was on Broadway with workers and protesters Thursday. "They haven't been able to because of corporate aggression and pushback."

The desire to unionize fast-food workers is simple, Pamela Hall, Oakland secretary of Alliance of Californians for Community Empowerment, told the lunchtime crowd.

"We need to unionize and earn $15 an hour," she said. We need to be able to afford rent in the Bay Area."

*The Associated Press contributed to this report. Follow Doug Oakley at Twitter.com/douglasoakley. Follow Natalie Neysa Alund at Twitter.com/natalieolund.*

## Alameda

Continued from Page 1

at Park Street and Lincoln Avenue.

What helped slow the work, Seiwald said, was the environmental cleanup of the property, once the site of a Good Chevrolet showroom.

"It was a car dealership, and so you had gas and oil stored here," he said. "It also meant we had to work with both Alameda county and city officials."

While the 14,788-square-foot building that houses the Walgreens is now finished, construction continues on the developers' 7,788-square-foot building at the site. The goal is to have that building done within about a year, Seiwald said.

City officials consider the location a "gateway" for the island because of its proximity to Interstate 880 and the Fruitvale Avenue and Park Street bridges.

"This project continues the renaissance north of Park Street," said Robb Ratto of the Park Street Business Association.

Since a train station was located nearby during the 19th century, the developers have named the project Alameda Station. As a tribute to the past, the pharmacy also has a display of old railroad photos on its Park Street side that were installed by Jerardo Gutierrez, a Vallejo-based artist and muralist who works with the Alameda County Arts Commission.

Customers explore the airy interior at the grand opening Thursday of the new Walgreens pharmacy in the 1600 block of Park Street in Alameda.

The project is on the same block as the Alameda Marketplace, which houses Alameda Natural Grocery, Baron's Meat & Poultry and other businesses. Along with sharing its parking lot, the new pharmacy has a brick facade to match the Alameda Marketplace, itself a former Ford dealership that was built in 1930.

The building still under construction will have a Mediterranean style and will be modeled after the one that houses Tucker's Ice Cream, the popular restaurant at 1349 Park St., Seiwald said. It will have between one and four tenants.

Along with its new location, Walgreens has stores at Alameda South Shore Center and at 1516 Webster St., in the city's West End.

*Reach Peter Hegarty at 510-748-1654. Follow him at Twitter.com/peter_hegarty.*

## Roadshow

Continued from Page 1

ing cars must be promoting the buyers of their cars to drive that way. My husband and I are sickened by such irresponsibility.

Nancy Turnier

**A** Call the car company, or fast forward through the ads.

**Q** I commute over Highway 84 between Livermore and San Jose and traverse the pass that's about 200 feet higher than the Sunol Grade, but it doesn't so far as I know actually have a name. I've come to call it the Vallecitos Grade and have emailed Caltrans and checked Wikipedia to see if the grade has a formal name, but I've learned nothing. If the pass does not have a name, might I suggest the Vallecitos Grade?

Taylor Nelson, *Livermore*

**A** You may not. My traffic guys call it Pigeon Pass.

*Look for Gary Richards at Facebook.com/mr.roadshow, follow him at Twitter.com/mrroadshow or contact him at mrroadshow@mercurynews.com or 408-920-5335.*

## Truancy

Continued from Page 1

— some that punish parents who allow their children to miss lots of school, and others that take steps to work constructively with families that have truant kids.

"When we connect the reality of elementary school truancy with associated factors, we know that we have a responsibility on behalf of principals and school districts, but also the community to be creative in how we're going to make those kids stay in school," Harris said. "Especially when we have transient families, when we have families that are moving from one school district to another, and we have simply a lack of knowledge about the significance of elementary school attendance to later achievement."

East Oakland Pride was likely chosen by Harris because it has been able to reduce truancy schoolwide every year since 2011-12, when statistics on student truancy were first made available.

Chronic absence has dropped almost 10 percentage points, from 14.8 percent in 2011-12 to 6.5 percent in 2013-14. Suspension rates have also fallen, and chronic absence among students of color or kids who don't speak English as a primary language have also dropped in past years.

East Oakland Pride Principal Jacqueline Peri credited much of this success with work that was done before her recent appointment but said her school takes a community-oriented approach to fight truancy, rather than targeting parents who are guilty of it.

"Our family research coordinator does a really good job of connecting individually with parents and families to find out what the root causes of the absences are," Peri said. "We try not to take a punitive approach but rather a supportive approach. If the issue is a child's health or the issue is transportation, we provide parents with resources such as bus passes or connections with free local clinics. The work is really about supporting families to get the kids to school, instead of pointing fingers and saying, 'You're not bringing your kids.'"

> "Kids that drop out have a higher chance of being a victim or a perpetrator of crime."
>
> — *David Beltran, communications director for Kamala Harris*

Harris' communications director, David Beltran, said that Harris spearheaded the issue because it relates to some of the root causes of crime. Reducing truancy now could help decrease statewide crime rates years later as chronically absent students grow older, he said.

"This issue is really an intersection of education and public safety," Beltran said. "Kids that are truant have lower reading levels, have an increased chance of being a high school dropout. Kids that drop out have a higher chance of being a victim or a perpetrator of crime."

DONATE YOUR CAR

Wheels For Wishes

MAKE-A-WISH.

Greater Bay Area

*Free Vehicle Pickup ANYWHERE

*We Accept All Vehicles Running or Not

*We Also Accept Boats, Motorcycles & RVs

*Fully Tax Deductible

WheelsForWishes.org Call: (415) 800-1333

PAID ADVERTISING

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANT INSULATION COMPANY,
Debtor - Case No. 09-31347 Chapter 11

ROUSE TIRE SERVICE, INC.
SUMMER TIRE SALE
In-Store Dealer Promo
AUTHORIZED DEALER
MICHELIN
Family Owned Since 1946
Michelin® Defender®
Make every drop of gas count.
235/65R 16
225/65R 17
Michelin® LTX® M/S2
The tire you can depend on in nearly any weather condition.
P225/70R 16
LT245/75R 16
More Sizes & Types on Special
LOCATED NEAR LAKE MERRITT
2 DOORS DOWN FROM 7-ELEVEN
MONDAY THRU FRIDAY 8:30 AM - 5:00 PM
2340 HARRISON/OAKLAND
(510) 834-9938



B2 BAY AREA NEWS GROUP 113 THURSDAY, SEPTEMBER 11, 2014

Michael Hingson, right, with dog Africa, talks with Jan Soderstrom, of San Ramon, before the start of the Camp Parks Remembers 9.11.01 event held at Camp Parks Army Garrison in Dublin on Tuesday.

## Hingson

*Continued from Page 1*

rorist attacks that killed nearly 3,000 people as hijacked jets crashed into the World Trade Center's Twin Towers and the Pentagon and another in a field near Shanksville, Pennsylvania.

The ceremony was attended by members of the public, armed forces, Camp Parks police and fire, the Livermore-Pleasanton Fire Department, Dublin Mayor Tim Sbranti and other local dignitaries.

Hingson, 64, spoke of smelling burning jet fuel and fumes, and warning people in the building to not take the elevator, fearing they would get stuck.

He recounted being surrounded by smoke, the "air thick with the odor of jet fuel and fear" as the small group descended the stairwell, Hingson's yellow Labrador retriever helping to lead and comfort frightened tower employees — some of whom were badly burned — and passing firefighters who were heading up to battle the blaze.

Fearing the loss of electricity, Hingson said he tried to stay calm and encouraged his dog not to worry.

After making his way down from the 78th floor and through the lobby of the skyscraper, Hingson and Roselle safely reached the concourse and got out into the open air. After pausing to try to contact his wife via cellphone, Hingson heard what sounded like "a freight train combined with a waterfall" and was told to run. The South Tower, which had been struck at 9:03 a.m., was coming down, raining glass and metal.

"I heard a voice in my head that said, 'Don't worry about what you can't control. If you focus on running with Roselle, the rest will take care of itself,'" he said. "I had this inner peace knowing that if we worked together, we'd know what to do."

Engulfed in a cloud of thick dust and inhaling dirt and debris, Hingson and Roselle ran, finally making it to a safe area and reconnecting with his colleague.

At 10:28 a.m., he heard that same awful sound, and the North Tower collapsed. They covered their faces until the dust and debris had cleared up. His coworker looked up and said, "Oh my God, Mike, there's no World Trade Center anymore. The towers are gone," and they stood there in shock. The Victorville resident said he continues to speak about the traumatic experience not only to remember the dead and the 25,000 survivors like him, but also to spread a message of the "positive lessons" to be learned from Sept. 11 — namely love, teamwork and developing trust in one another.

"We don't have control over the changes, but we have control over how we deal with the changes," Hingson said. "We need to be more united."

In the audience for Hingson's talk were members of several local Guide Dogs for the Blind clubs, including Contra Costa County, San Ramon Valley and the East Bay club of Oakland. Roselle, Hingson's guide dog, who died in 2011, was born at the group's national headquarters in San Rafael.

"It is the epitome of the relationship between a blind person and their guide dog," said guide dog raiser Marthay Batina, of Antioch. "(Hingson) is an incredible human being, and Roselle was an exceptional service dog. She did what she was trained to do."

Army Lt. Col. Christopher Gardes, Camp Parks' garrison commander, said the commemoration was a time to come together and remember the loss of life, not just that of first responders, but average Americans.

"It gets harder to remember the farther away we get from the event," Gardes said. "We do this to keep in mind those who made the final sacrifice."

One of those everyday Americans lost on Sept. 11 was Amy King, a flight attendant killed when United Airlines Flight 175 struck the South Tower.

Deborah Lloyd, King's sister, a Dublin resident, also spoke at the ceremony, remembering King as a generous, open-minded person who will never be forgotten.

"These weren't soldiers. These were regular people going to work," Lloyd said. "These were our citizens and it really came out of nowhere. I think it's important to honor them."

Lloyd said while she still carries with her the horrible memories of that day, Sept. 11 should also serve as a "reminder of our humanity."

"We really are more alike than we are different," she said. "We need to find that unity again."

*Contact Jeremy Thomas at 925-847-2184. Follow him at Twitter.com/jet_bang.*

## Poll

*Continued from Page 1*

plan, and a lot of people like her as a person, and now they need to decide if they like her as a mayor," said Gregory McConnell, president of the Jobs and Housing Coalition.

The poll's margin of error is a plus or minus 4.9 percentage points.

He said none of the candidates are saying anything really original or groundbreaking because, in addition to trying to get votes for themselves, they also are trying to get the second and third choices of people voting for other candidates.

"You are looking to hold on to your base and trying to secure the second-place votes of your opponents, so the strategy is not to say anything with clarity because you don't want to offend anyone," McConnell said. "All 15 of them say we gotta address public safety, and you ask them how and they say, 'We'll get to that later.' If you ask them how many cops we should have they will say 800 to 1,000, but when you ask them how they are going to do it, the conversation ends."

More revealing about Quan is the question asking voters if they would vote for Quan or someone else. Just 16 percent said they would re-elect her and 69 percent said they would replace her.

Fifty-seven percent said they disapprove of her job performance, and 31 percent said they approve.

The poll shows that people think Oakland's quality of life has improved a little bit and people are a little less worried about crime, but "nobody gives Quan credit for that. Everybody is running a popularity contest, and with Jean Quan, a lot of people don't like her," McConnell said.

Just 31 percent of those polled said Oakland's quality of life has improved in the past five years, but last year that number was even lower, at 18 percent. In an open-ended question asking what are the major issues facing Oakland, 53 percent said crime, which is down from 70 percent last year. The economy followed crime with 37 percent and education with 29 percent.

In general, the poll showed 44 percent of those contacted said Oakland was going in the wrong direction, while 41 percent said it was going in the right direction, and 15 percent didn't know.

Of the five candidates running for City Council in District 2, the poll has Dana King winning with 52 percent of the vote followed by Abel Guillen and Andrew Park, both with 17 percent of the ranked-choice votes.

In a ranked-choice vote for the three candidates of the District 4 race, the poll predicts Jill Broadhurst winning with 53 percent of the vote over Annie Campbell Washington, who gets 37 percent of the vote.

And in the District 6 election, Desley Brooks takes the seat, with 57 percent of the vote, over runner-up Shereda Nosakhare, who gets 22 percent in a ranked-choice scenario.

*Contact reporter Doug Oakley at 925-234-4689. Follow him at Twitter.com/douglasoakley.*

## Equipment

*Continued from Page 1*

1995 has given more than $5 billion worth of military surplus to police agencies across the country. Although the program has been in place for nearly two decades, information about what individual police agencies received was made available for first time last week by the California Office of Emergency Services, which oversees the program in the state.

The data was released amid growing concern over the militarization of local police departments in the wake of a shooting of an unarmed black teenager in Ferguson, Missouri, and a strong law enforcement response to the protests that followed.

Many agencies have defended acquiring the items as highly useful considering many departments could not afford them on their own.

The departments receive equipment free of charge from the Department of Defense, though they do have to pay for the items to be delivered to them.

The Alameda County Sheriff's Office uses the fast patrol boat both to protect the Port of Oakland and to assist other law enforcement agencies along the coast from Monterey to Oregon, a department spokesman said.

A current employee is trained to perform maintenance on the boat, though the boat is not sent out on patrol every day, keeping repair and fuel costs down, he added.

Asked why Antioch police needed a mine-resistant personnel carrier weighing more than 30,000 pounds, Antioch police Capt. Leonard Orman said the vehicle was critical to the department's ability to protect officers during a natural disaster or in incidents that require a SWAT team.

"It's a defensive vehicle that provides the ability to be protected from gunfire, including high-powered rifles," Orman said. "If someone is barricaded in a home and there is an injured person on the ground, we can use it to rescue the person without exposing ourselves to fire."

Orman said that Antioch police have not had occasion to use the vehicle, which was deployed in both Iraq and Afghanistan, since they took custody of it in December.

UC Berkeley's Police Department used the 1033 Program to request about a dozen M-16 rifles, which it said would give officers firepower equal to that held by some of the criminals they encounter, said Lt. Eric Tejada, a department spokesman.

"We feel that those specialists need to have a rifle that's capable of dealing with some incidents that can involve the modern-day weapons that you see now," Tejada said. "It's smart for us to utilize the resources that you can get for free."

In suburban Contra Costa County, Hercules police have access to an armored personnel carrier that so far has only been used in city parades and other civic events but not in police action, Reserve Detective Connie Van Putten, a police spokeswoman, said. Officers have been trained to use the military-style vehicle for rescue operations or in the event of an active shooter.

"Fortunately we haven't had to use it in that rescue manner, but we have had situations I'm told where we felt it would have been a useful tool and considered a useful tool now," Van Putten said. "Everything we have is used for the defense of our community and our police officers."

Despite the program's popularity, some departments are deciding the negative perception of the military equipment outweighs the benefits.

Last month, the city of San Jose decided to return a 15-ton military transport vehicle, also known as an MRAP, acquired from the Department of Defense, after critics wondered why the urban city department needed such a massive machine.

"We've been going through the analysis process," said San Jose police spokeswoman Sgt. Heather Randol. "It is a useful tool, but we realize it could be viewed by the community as the militarization of SJPD. It could create a divide, and we want the community's trust."

The 1033 Program is just one of several ways law enforcement agencies have received big-ticket items that would otherwise not be affordable for many. Another, more widely used program, is the Department of Homeland Security's Urban Areas Security Initiative, has supplied hundreds of millions worth of equipment, including BearCat vehicles, speedboats and other items.

*Staff writers Daniel J. Willis, Natalie Ahmed and David Debolt contributed to this report.*

DONATE YOUR CAR
Wheels For Wishes
100% Tax Deductible
MAKE-A-WISH.
Greater Bay Area
*Free Vehicle Pickup ANYWHERE
*We Accept All Vehicles Running or Not
*We Also Accept Boats, Motorcycles & RVs
*Fully Tax Deductible
WheelsForWishes.org
Call: (415) 800-1335

PAID ADVERTISING

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANT INSULATION COMPANY,
Debtor. Case No. 09-31347 Chapter 11

ROUSE TIRE SERVICE, INC.
SUMMER TIRE SALE
In-Store Dealer Promo
AUTHORIZED DEALER
MICHELIN
Family Owned Since 1946
Michelin® Defender®
Make every drop of gas count.
235/65R 16
225/65R 17
Michelin® LTX® M/S2
That you can depend on in nearly any weather condition.
P225/70R 16
LT245/75R 16
More Sizes & Types on Special
LOCATED NEAR LAKE MERRITT
2 DOORS DOWN FROM 7-ELEVEN
MONDAY THRU FRIDAY 8:30 AM – 5:30 PM
2340 HARRISON/OAKLAND
(510) 834-9938

# EXHIBIT  D

SAN JOSE STATE FOOTBALL

# Caragher to Auburn fans: 'Bring it on'

## SJSU coach embraces challenge in Alabama

By Jimmy Durkin

SAN JOSE — For the second straight season, game No. 2 for San Jose State comes on the road against the nation's No. 5 team.

But unlike the short bus ride last year to cozy Stanford Stadium, the cross-country trek to Auburn, Alabama, for Saturday's showdown with the mighty Tigers presents the most hostile environment the majority of Spartans players have ever experienced.

San Jose State (1-0) faces SEC power Auburn (1-0) at Jordan-Hare Stadium, which is expected to be filled with 87,000 screaming fans. The Tigers are 31-point favorites.

"Intimidation factors are only as powerful as you let them be," said senior linebacker Vince Buhagiar, one of three players remaining from the 2010 team that opened the season against No. 1 Alabama, a game the Spartans lost 48-3.

Spartans coach Ron Caragher knows all about the SEC — he spent four seasons as an assistant at Kentucky — and said Auburn was one of his favorite road venues.

"It's hostile. Let's face it. And they take pride in that," Caragher said. "It's a hostile environment. Period. Crazy stuff goes on. We embrace that. Bring it on. Bring it on. We want a challenging environment. That's our attitude."

**SATURDAY'S GAME**
San Jose State (1-0) at Auburn (1-0), 4 p.m. ESPN2

Caragher backed up those words at his weekly news conference when he said: "Things happen. Crowds start to cheer and people say things to you and throw stuff at you, but you just have to be able to be above that."

The line about throwing "stuff at you" rankled some, who insist Auburn prides itself on its hospitality.

Caragher clarified his comments a day later, saying he didn't literally mean objects being thrown. But he didn't back down from the point of his words or rule out any amount of craziness coming his team's way.

"You embrace challenges. You embrace all those things and that's how we grow as a team," he said. "The tougher it is Saturday at Auburn, the more our football team will grow as a result of that."

Caragher seems to be trying to develop the attitude that made Pat Hill famous during his days at Fresno State using the slogan, "Anybody, anytime, anywhere."

Nova the eagle buzzes the crowd while flying into Jordan-Hare Stadium before the Auburn-Arkansas game last week.

Hill played 41 games against teams from major conferences during his 15 years at Fresno State.

The Bulldogs lost the first nine, but starting with a win against Cal in 2000, they went 17-15 against major conference foes.

"I never talked about winning or losing a game," Hill, now an ESPN analyst, said of his approach with his players. "I always talked about, in (San Jose State's) case, play Spartan football and the scoreboard will take care of itself. Play hard for 60 minutes and good things will happen."

The Spartans are huge underdogs for a reason. Auburn is the defending SEC champion and played in the BCS title game last season. The Tigers return a Heisman Trophy candidate in quarterback Nick Marshall and have a roster stockpiled with four- and five-star recruits.

There's a reason it would easily qualify as the biggest upset in school history. For the Spartans, it's important to understand the game won't make or break their season.

"The season isn't Saturday," Caragher said. "The season is 12 games. Saturday is a great test for where we are at as a team and could potentially help us grow as a football team."

Chandler Jones knows that. The former San Jose State wide receiver made his collegiate debut in that 2010 game against Alabama. While it's not easy to forget the lopsided defeat, he still treasures the experience.

"There was never any fear," Jones said. "I was just anxious to play against these guys and see how I'm competing against them. When I got out there on the field, I felt like I was at home.

"That's just something I'm always going to remember. It was definitely a memorable experience."

Hill said he never approached one of those games, including two against the No. 1 team in the nation, without an expectation that his team could win even if he knew the matchup could be as tough as the one the Spartans face.

"It's going to be a tough game down there," Hill said. "Everybody knows that, the kids know that. But they've got to go in there with the mindset that 'We're going to beat these guys.'"

*For more San Jose State coverage, visit the SpartanCentral blog at blogs.mercurynews.com/sjsu.*

U.S. OPEN

# Federer rallies to beat Monfils

## He saves two match points on way to five-set win

By Howard Fendrich
Associated Press

NEW YORK — Clearly frustrated by his play and opponent, Roger Federer whacked his racket on the top of the net after a missed volley. Moments later, he barked at the chair umpire: "What's wrong with you, man?"

Not long after that, Federer found himself in the precarious position of twice being one point from defeat.

Steady as ever, even at 33, Federer held on. Coming all the way back from a two-set deficit, and saving two match points along the way, Federer edged 20th-seeded Gael Monfils of France 4-6, 3-6, 6-4, 7-5, 6-2 on Thursday night to reach the U.S. Open semifinals for the first time since 2011.

Frustrated by Monfils' unpredictable style, flummoxed by the swirling wind, and missing shots he normally makes, Federer faced the two match points while trailing 5-4 in the fourth set.

"When I was down two match points, that's when I wasn't feeling so great anymore," Federer said with a chuckle. "I thought, 'This is it. This is the last point, man. Go down fighting. Don't miss an easy shot and let him have it.'"

He got out of that hole, starting a five-game run that put the match in his control for the first time. It helped that Monfils' quality of play dipped, including what wound up being a total of 10 double-faults.

This was the ninth time Federer has won a match after dropping the opening two sets.

Monfils was trying to reach his second career Grand Slam semifinal. Instead, Federer advanced to his 36th, ninth at Flushing Meadows. Five of Federer's record 17 major singles titles have come at the U.S. Open, but he exited in the quarterfinals in 2012, and the fourth round in 2013.

On Saturday, the second-seeded Federer will play 14th-seeded Marin Cilic of Croatia. The other semifinal will be No. 1 Novak Djokovic against No. 10 Kei Nishikori. Cilic wasn't allowed to play in last year's U.S. Open, forced to the sideline by a four-month doping suspension that he says he didn't deserve. But Cilic reached the second Grand Slam semifinal of his career, and first since 2010, by beating sixth-seeded Tomas Berdych of the Czech Republic 6-2, 6-4, 7-6 (4) Thursday.

**KEY RESULTS**
Men's quarterfinals: No. 2 Roger Federer def. No. 20 Gael Monfils 4-6, 3-6, 6-4, 7-5, 6-2; No. 14 Marin Cilic def. No. 6 Tomas Berdych 6-2, 6-4, 7-6 (4).

**FRIDAY'S TOP MATCHES**
Women's semifinals: Peng Shuai vs. No. 10 Caroline Wozniacki; No. 1 Serena Williams vs. No. 17 Ekaterina Makarova.
TV: 9:30 a.m., CBS; 3 p.m., TENNIS

Monfils was in control for the first hour and a half. He shook off a twisted ankle to build a two-set lead, assisted by Federer's 26 unforced errors in that span. Even that far behind, Federer said, "I still thought the finish line was far for Gael. I knew I could play better tennis."

As the clock was about to strike 11 p.m. (EDT), Monfils held his match points as Federer served. On the first, Monfils had an opening for a backhand passing shot, but it flew long. On the second, Federer produced a forehand winner, and the crowd roared.

After Federer held there for 5-all, Monfils had a letdown, double-faulting twice in a row to get broken. Soon enough they were in the fifth set — which began with another break by Federer. By then, he was on his way.

■ The top-seeded doubles team of Bob and Mike Bryan advanced to their 27th Grand Slam final, beating Americans Scott Lipsky and Rajeev Ram. The Bryans, former Stanford stars, face Marcel Granollers and Marc Lopez of Spain in Sunday's final. If the Bryans win the tournament, they would be the first doubles team in tennis to win 100 tournaments.

■ Martina Hingis, 33, will play in the women's doubles final for the first time since winning the 1998 title. Hingis, inducted into the International Tennis Hall of Fame last year, and partner Flavia Pennetta beat the third-seeded duo of Cara Black and Sania Mirza 6-2, 6-4 in the semifinals.

■ Top-ranked Serena Williams, owner of 17 Grand Slam singles titles, faces 17th-seeded Ekaterina Makarova in one semifinal Friday. No. 10 Caroline Wozniacki meets unseeded Peng Shuai in the other. Makarova, Wozniacki and Shuai all are seeking their first major championship.

GOLF

# McIlroy shares BMW lead

## His 67 matches Spieth, Woodland at 'tricky' Cherry Hills

Associated Press

Rory McIlroy felt anything under par was a good score Thursday at Cherry Hills, even if he had reason to expect much better.

McIlroy ran out of par saves late in the opening round at the BMW Championship in Cherry Hills Village, Colorado, and had to settle for a 4-under 67, still enough for the world's No. 1 player to share the lead with Jordan Spieth and Gary Woodland.

Cherry Hills, one of the shortest courses on the PGA Tour when factoring in the mile-high air, held up fine.

"It's tricky. It really is," McIlroy said. "The altitude, we've had a couple of days to adjust to that. It's fine. But these greens have gotten so much firmer over the last 24 hours. I think that's what is giving the guys just a little trouble out there."

Rory McIlroy said the firm greens at Cherry Hills in Colorado were "giving the guys just a little trouble."

"Probably the firmest golf course we have ever seen," Woodland said. "The greens, they're concrete out there. So if we don't get any rain, it can be pretty interesting by the weekend."

U.S. Open champion Martin Kaymer and Sergio Garcia were among those at 68, while Justin Rose wasted a fast start and was at 69. Phil Mickelson, who won the U.S. Amateur at Cherry Hills in 1990, opened with a 70.

"It reminds me of Augusta in the early '90s, where the course played very short but the greens were the defense," Mickelson said.

McIlroy ran off four birdies in a five-hole stretch around the turn to reach 6-under par.

He appeared to escape trouble with one of his best par saves of the year, hitting a lofted pitch from the side of a mound that landed just on the green and rode the slope to about 8 feet. He avoided a three-putt on the next hole by making a 7-foot par save. But McIlroy failed to save par from the bunker on the next two holes.

Web.com: Adam Hadwin shot a course-record 8-under 63 to take the first-round lead in the Chiquita Classic in Davidson, North Carolina, the second of four events in the Web.com Tour Finals.

**Notice of Nondiscriminatory Policy**

September 5, 2014

LOCAL DIGEST

# Cal to open season with two at home

## Men's basketball team gets started in 2K Sports Classic

Bay Area News Group

The Cal men's basketball team will open its season with home games Nov. 14 and 16 against Alcorn State and Kennesaw State, respectively, in the 2K Sports Classic.

Regardless of the outcome of the two games, the Bears will participate in the 2K Classic finals at New York City's Madison Square Garden. They play Syracuse on Nov. 20, then face either Texas or Iowa on Nov. 21.

■ First-half goals by Ryan Walker-Hartshorn and Chioma Ubogagu power the fourth-ranked Stanford women's soccer team to a 3-0 win over UC Santa Barbara, extending the Cardinal's unbeaten streak in home openers to 26.

Stanford (4-0) earned its fourth consecutive shutout, its longest such streak to open the season since 1989.

■ The Saint Mary's volleyball team won its third match in a row with a 25-22, 25-19, 25-18 victory over host San Jose State. Rachel Gilchrist, Samantha Tinsley, Mileva Popovic and Clare Powers all finished with seven kills to lead Saint Mary's (3-3) offensively. Tyeana Roy had nine kills to lead SJSU (0-4).

■ The No. 2 Stanford women's volleyball team hosts No. 1 Penn State on Friday night at Maples Pavilion. Each school owns six national championships.

■ Clemence Couteau scored the only goal in No. 12 Stanford's 1-0 field hockey victory over Maine in Durham, New Hampshire.

■ Tracy Duchac has been promoted to associate head coach of the Stanford women's swimming and diving team.

■ Cal senior Jo Ee Kok shot a 6-over 78 to help Singapore jump three spots in the standings on Day 2 of the World Amateur Team Championships in Karuizawa, Japan. Kok, Sock Hwee Koh and Amanda Tan carded a 3-over 145 in the second round, leaving Singapore tied for 22nd at 8 over. Kok is tied for 10th out of 147 women at 9-over 153.

**Soccer**

Sacramento Kings part owner Kevin Nagle will lead a move to turn Earthquakes' affiliate Republic FC into a Major League Soccer expansion team, the club announced. Republic FC plays in the United Soccer League PRO, a third-tier division below MLS.

*Staff writers Jeff Faraudo and Elliott Almond contributed to this report.*

PAID ADVERTISING

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANT INSULATION COMPANY,
Case No. 09-31347 Chapter 11

# Veterans

Continued from Page 1

lation of the second part of Pinto's exhibit — "22 Joes Every Day" — is impossible to miss. He has spent this past week hanging 22 smaller toy soldiers each day from the library's fourth-floor ceiling. The plastic men, each dangling from a hangman's noose, are a searing visual of how many vets take their own lives every day.

Pinto's social art is part of a program called War Comes Home: Our Veterans, Our Communities, which is a partnership of the San Jose Public Library, San Jose State and Goodwill of Silicon Valley. The series also includes upcoming panel forums, dramatic readings as well as book club discussions of "What It Is Like To Go To War" by veteran Karl Marlantes.

The goal is to spark public conversation about how society can better support vets who are having a difficult time as they transition back into civilian life.

"What we're finding is that the veteran community is ready and willing to talk about its concerns," said Angie Miraflor, the library's division manager of literacy and learning. "This is an important program because we have so many veterans here in San Jose, and we just don't think there's enough awareness yet of what they're going through."

A growing number of authors and artists who served in the military — and often did tours in Iraq and Afghanistan war zones — are trying to make sense of their experiences.

"There are a lot of vets now coming into the arts who are expressing the reality of what war really is," Pinto said.

He served 20 years and retired as a major in 2002. He spent eight years as a Buddhist priest before enrolling at San Jose State, where he recently graduated with a master's degree in photography.

Pinto also has worked with other veterans through the San Francisco-based nonprofit Coming Home Project. Frustrated that the emotional toll of war often is overlooked, he began searching for ways to bring attention to the plight of struggling vets. He settled on using G.I. Joes to illustrate their troubles.

Homeless Joe features a toy covered by a plastic trash bag, resting next to a chain-link fence. Suicide Joe has three grieving G.I. Joes in a cemetery. His latest photo is Joe Wait. A group of toys are situated along a wall, symbolizing the long wait times for VA benefits. Accompanying the portraits are the grim statistics that explain the pervasiveness of each issue.

"The general public might not be ready to see photos of veterans who are experiencing homelessness or PTSD," Miraflor said. "But Mark uses the G.I. Joes as an entryway to the issue, and I think that's a really smart way to do it."

Pinto has about 25 action figures in his collection. Most come from friends who have kids. (He also has one Spice Girl doll that he used in his Divorce Joe photo.)

"These are the same toys that I grew up playing with, romanticizing war as something heroic," he said. "But I want to show what it's like when they come back. I've worked with vets who have real problems. So while these G.I. Joes might not be me, they very much are people I know. In my mind, there's a name for every one of these Joes."

The other portion of his exhibit stems from lessons he learned during his own treatment for depression at the VA. At that time, 18 veterans a day were taking their lives at that time — a number that has since increased.

"I started thinking, 'How do I bring that statistic alive?'" Pinto said. "I know several veterans who have committed suicide. Every veteran knows someone. But what does 22 a day really mean? I wanted to make that number real."

Hanging toy parachute soldiers from the ceiling is a tangible representation of lives lost. Those plastic figures, like the photo series, will be on display through Sept. 29.

"Everybody gets what's happening at some level but life goes on and nothing changes," Pinto added. "I don't have any illusions that this will make a difference. But I still feel compelled to make people pay attention."

Artist Mark Pinto is shown with his exhibit of photographs at San Jose's Martin Luther King Library. His photographs will be on display at the library until Sept. 29.

**CARE PACKAGE DRIVE**

The San Jose Public Library and Goodwill of Silicon Valley are holding a care package drive to collect necessities to be distributed to homeless veterans. Goods can be dropped off at any library branch.

# Pension

Continued from Page 1

ployees' Retirement System said the practice highlighted in the audit had been authorized under state law. However, it has been outlawed for new government workers.

Auditors found no evidence of illegal spiking, but the report said the nation's largest pension system does little to detect it.

For example, the report said a local government that contracts with the pension system, known as CalPERS, would face an audit once every 66 years under current schedules, meaning there would be little opportunity to expose any problems.

More than 3,000 public agencies contract with CalPERS.

In a statement, Chiang said the pension system's "generally passive approach ... invites abuse." He said the system "must be more vigorous in protecting taxpayers from this form of public theft."

The pension system said it has increased its audit staff and the number of audits it has conducted.

The controller's review "recommended no material changes to the pension fund's efforts to detect spiking and acknowledged CalPERS had effective processes in place to recoup overpayments," the agency said.

# Marken

Continued from Page 1

wounds might be difficult after more than three months of division and emotion, but Marken said he owes it to the students and the school community to try.

Marken's return was announced Tuesday night, after a 90-minute closed-session meeting with school board members as dozens of his supporters waited anxiously in another room.

Marken
Schools chief softened his stance with the board.

"It was a direct, soul-searching conversation, and we made a determination on what is best for the students of Newark," Marken said.

In the session, Marken softened his refusal to work with the current board, which had been accused of micromanaging the superintendent and his staff.

"The board agreed to allow staff to do their jobs and not interfere or undermine district leadership, and I agreed to come back," the superintendent said.

Meantime, interim Superintendent Tim Erwin will return to his post as assistant superintendent of human resources.

Marken said his return was no sure thing before Tuesday night, as he sat in the back of the crowded room, listening to supporters address the school board.

The majority of about 30 pro-Marken speakers — some wearing black T-shirts saying, "Putting Kids First" — spoke a nearly identical statement: "I want Dr. Marken to return as superintendent of Newark schools. Tonight is the night to do the right thing and let us begin our healing process."

At the end of the closed session, the school board and Marken "unanimously agreed to make a joint statement" that he would return, said board President Nancy Thomas.

Marken's supporters erupted with cheers, choking back tears and embracing each other and the superintendent.

Marken said he "was unbelievably moved" by his supporters' comments.

"I am overwhelmed by their tenacity, display of support and commitment to keeping this educational institution moving forward," he said.

Marken's contract expires June 30, but Thomas said it was "very likely that we will discuss extending his contract for another year."

The superintendent and each school board member said the district must heal the divisions that arose after his resignation. The resulting outcry led to a recall campaign, the resignation of a trustee and another deciding not to seek re-election in November.

Jim Lola, one of the recall organizers, said though he was pleased by Marken's return, his group will continue trying to force an election to recall trustee Ray Rodriguez.

Rodriguez declined to comment on the recall Wednesday, saying the topic never entered the board's conversation with Marken the night before.

"The conversation was about putting the kids first and bringing back Dr. Marken," Rodriguez said.

"Like (Marken) said, there's been a lot of pain on both sides, and everybody was willing to do whatever it took to move the district forward."

*Contact Chris De Benedetti at 510-293-2480. Follow him at Twitter.com/cdebenedetti.*

Watch Battery

Now celebrating 21 years. Four convenient locations. We also have a huge selection of leather, metal and plastic watchbands and full service watch repair including link adjustments and crystals. See our website for more information www.watchcare.com

Watchcare.com

PAID ADVERTISING
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANT INSULATION COMPANY,
Debtor. • Case No. 09-31347 Chapter 11

DONATE YOUR VEHICLE
PICK YOUR FAVORITE CHARITY
1-877-977-9877

Memory Care With Compassion

We provide a secure living environment within our community dedicated to residents with Alzheimer's or other dementias.

Individualized Care
Every resident has a care plan designed specifically for their needs.

Personal Pathways℠
We offer a culture that promotes quality of life for residents through meaningful activities, family involvement and staff development.

MERRILL GARDENS
A one of a kind retirement community

Schedule Your Personal Visit

Campbell
(408) 598-1692
2115 S Winchester Blvd
Campbell, CA 95008
Lic #435202374

Willow Glen
(408) 385-9527
1420 Curci Drive
San Jose, CA 95126
Lic #435202159

merrillgardens.com

Retirement Living • Assisted Living • Memory Care

COMPLETE IMPLANT DENTISTRY UNDER ONE ROOF

ADVANCED IMPLANT DENTISTRY
BY EXPERIENCED GROUP OF IMPLANTOLOGISTS

DENTAL IMPLANTS FOR $1,490*
www.bayareaimplantdentistry.com
FREE CONSULTATION 510-972-9357
CENTER FOR IMPLANT DENTISTRY
3381 Walnut Ave., Fremont • Mon-Sat 9am-7pm



# EXHIBIT  E

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Ad Number:
Insertion Number:
Size:
Color Type:

Client Name:
Advertiser:
Section/Page/Zone: MAIN/A014/EAST
Description:

# Louisiana gay marriage ban upheld

**Federal judge's ruling bucks a recent trend. Plaintiffs will appeal.**

By James Queally and Michael Muskal

A federal judge in Louisiana threw a roadblock on what advocates thought would be an expressway toward establishing gay marriage as a fundamental national right, ruling that the state's ban on such unions was constitutional.

In a 32-page decision released Wednesday, U.S. District Judge Martin L.C. Feldman also upheld Louisiana's refusal to recognize same-sex marriages performed legally in other states. The ruling, which plaintiffs said would be appealed, marks the first such loss in federal court since the U.S. Supreme Court struck down part of the federal Defense of Marriage Act last year.

"Although opinions about same-sex marriage will understandably vary among the states, and other states in free and open debate will and have chosen differently, that does not mandate that Louisiana has overstepped its sovereign authority," Feldman wrote, endorsing the state's argument that democratic rights in approving a state constitutional amendment limiting marriage to one man and one woman did not violate the rights of gay couples. The state's 2004 amendment was approved by 78% of the electorate.

Feldman's decision is important because it is the first to buck the pro-gay-marriage trend, which has included at least two federal appeals courts upholding same-sex marriage in three states, as well as the decisions of more than 15 lower federal courts, said Carl Tobias, a professor at the University of Richmond School of Law in Virginia. But he said it was unclear how much long-term impact the ruling would have in the deliberations before the U.S. Supreme Court, which is likely to take up the issue.

State marriage bans in Utah, Oklahoma and Virginia have been overturned by federal appellate courts, although the decisions have been stayed pending appeals.

The U.S. 6th Circuit Court of Appeals is considering arguments over six gay marriage cases from Michigan, Ohio, Kentucky and Tennessee.

And next week the 9th Circuit Court of Appeals in San Francisco will hear oral arguments in gay marriage cases from Hawaii, Nevada and Idaho. Nineteen states and the District of Columbia have legalized gay marriage.

The argument of popular will and states' rights in defining marriage versus the individual rights of gays is at the heart of all of the legal battles.

In the Louisiana case, six gay couples who wed outside the state sought official recognition, and one in-state couple sought to marry. The advocacy group Equality Louisiana was also among the plaintiffs.

"The defendants maintain that marriage is a legitimate concern of state law and policy, that it may be rightly regulated because of what for centuries has been understood to be its role," the judge wrote.

"Not so say the plaintiffs," he continued, "who vigorously submit that people wish to enter into a bond of commitment and care and have that bond recognized by law as a marriage, they should be free to do so and their choice should be recognized by law as a marriage; never mind the historic authority of the state or the democratic process. These are earnest and thoughtful disputes, but they may have become society's latest short fuse."

Feldman, appointed by President Reagan in 1983, took a strict view. For gays to have rights superior to the democratic process, he said, they must constitute a protected class, and no court has bestowed that status on them.

"In light of still-binding precedent, this court declines to fashion a new suspect class. To do so would distort precedent and demean the democratic process," he wrote.

Opponents of same-sex marriage cheered Feldman's decision.

"This ruling confirms that the people of Louisiana — not the federal courts — have the constitutional right to decide how marriage is defined in this state," Gene Mills, president of the Louisiana Family Forum, said in a news release.

"We obviously are very disappointed in the ruling," SarahJane E. Brady, executive director of Forum for Equality, said in a telephone interview.

"We plan to move forward. Love is love no matter where you live, even in Louisiana. We look forward to continuing the fight and appealing."

james.queally@latimes.com
michael.muskal@latimes.com

DENTAL IMPLANTS
$395.00 Reg. $1,500
FREE EXAMINATION & XRAYS
USC Grad • 25 years experience
Whittier Dental Group 14564 E. Whittier Bl., Whittier
New Patients Only (562) 693-8202

LONG BEACH EXPO
THE WEST'S LARGEST COLLECTIBLES SHOW
September 4-5-6
Got Collectibles?
BUY, SELL, APPRAISE
CERTIFY, CONSIGN
FREE Admission!
Visit LongBeachExpo.com
and Enter Code SEPTLAT
Official Auctioneer
HERITAGE AUCTIONS
Long Beach Convention Center

## NATIONAL BRIEFING

### WASHINGTON, D.C.

### Number of minors migrating illegally dips

The number of unaccompanied children crossing into the U.S. illegally over the Southwest border continued to decline in August, according to figures released by the Department of Homeland Security.

More than 3,000 unaccompanied children were apprehended last month, a 45% decline from the 5,500 who crossed in July, the department said. In June, the number of children crossing illegally was 10,600, mostly originating from Honduras, El Salvador and Guatemala.

Last week, White House Press Secretary Josh Earnest declared the border crisis over "for now." He said there were a "variety of factors" that could be contributing to the decline, including weather. The number of migrants typically goes down when the weather gets hotter.

But Earnest described the situation as "volatile" and said the Obama administration remained focused on securing the border and devoting resources to immigration courts.

Since the start of the current fiscal year last October, the U.S. has apprehended more than 60,000 unaccompanied minors, nearly twice the number during the previous year.

The administration declared the surge a humanitarian crisis and called on Congress to pass a $3.7-billion spending bill to provide emergency funds for government agencies to cope with the influx of immigrant children. Lawmakers, however, were unable to come to an agreement before leaving for their August recess.

### NORTH CAROLINA

### DNA finding frees brothers

North Carolina's longest-serving death row inmate and his younger half brother walked out as free men, three decades after they were convicted of raping and murdering an 11-year-old girl who DNA evidence shows may have been killed by another man.

Henry McCollum, 50, hugged his weeping parents outside Central Prison in Raleigh a day after a judge ordered his release, citing the new evidence in the 1983 slaying of Sabrina Buie. His half brother, Leon Brown, 46, was freed from Maury Correctional Institution near Greenville, where he had been serving a life sentence.

"I knew one day I was going to be blessed to get out of prison. I just didn't know when," McCollum said.

"There's not anger in my heart. I forgive those people and stuff."

### TENNESSEE

### Juvenile center unrest common

The juvenile detention center where more than 30 teens escaped under a fence has a long history of violence, allegations of sexual abuse and previous efforts to break out.

All but six of the teens from the Woodland Hills Youth Development Center were taken back into custody by Wednesday.

The facility was the site of a breakout attempt in 2004 in which more than a dozen teens armed with broom handles and hurling bricks injured 10 staffers.

PAID ADVERTISING

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANT INSULATION COMPANY,
Debtor • Case No. 09-31347 Chapter 11

I-15 Cajon Pass Rehabilitation Project
65-HOUR WEEKEND LANE CLOSURES CONTINUE

The Interstate 15 (I-15) Cajon Pass Rehabilitation Project between Kenwood Ave. and Hwy. 395 continues with pavement resurfacing and restoration. The $120 million project is replacing concrete slabs in the Cajon Pass that are beyond their life cycle with the benefit of extending pavement service life (for up to 40 yrs.) with minimal maintenance.

65-hr. lane closures are required on I-15 NORTHBOUND ONLY between Hwy. 138 and Oak Hill Rd. Lanes will be reduced from four to three (and two lanes during off peak hours) for approximately one mile in length each weekend, consecutively moving uphill. Motorists are advised that there will be significant traffic delays for NORTHBOUND traffic during the extended lane closure period and are encouraged to use alternate routes, adjust travel times, or rideshare. All weekend lane closures start on Fridays at 10 PM and end Mondays at 3 PM. All lanes will reopen by 3 PM on Mondays.

65-Hour Weekend Lane Closures

| Start | End |
|---|---|
| Fri., Aug. 22, 2014 | Mon., Aug. 25, 2014 |
| Fri., Sept. 5, 2014 | Mon., Sept. 8, 2014 |
| Fri., Sept. 12, 2014 | Mon., Sept. 15, 2014 |

Available Lanes during 65-Hour Weekend Lane Closures

| TWO Lanes Open (off peak hrs) | THREE Lanes Open |
|---|---|
| Fri., 10 PM to Sat., 8 AM | Sat. 8 AM to 8 PM |
| Sat. 8 PM to Sun. 10 AM | Sun. 10 AM to 8 PM |
| Sun. 8 PM to Mon. 11 AM | Mon. 11 AM to 3 PM |

A 55 MPH speed limit will be strictly enforced by CHP and construction zones are subject to double fines. For more information and to sign up to receive weekly commuter alerts, please visit the project website at www.CajonPassProject.com or call the project hotline at (844) Cajon-15 (225-6615). Follow on Twitter @CajonPassRehab and "Like" /I15CajonPassProject on Facebook.

Los Angeles Times
Publication Date: 09/11/2014
This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

Ad Number:
Insertion Number:
Size:
Color Type:

Client Name:
Advertiser:
Section/Page/Zone: MAIN/A014/LA
Description:

# A lot of wieners at meat raffle

[Raffle, from A1]
steak?"

"Yeah!"

"Do we want bottom round?"

"Yeah!"

Wiener, a true meat-and-potatoes woman, sips her first Miller Genuine Draft of the evening. "I'm going for the bacon," she says.

At a dollar a chance, patrons bet on meat raffle and meat bingo, spinning the big wheel or drawing numbers from a jar. They eye their tickets until the winners are called, the losers ripping up their stubs like gamblers at the track.

Meat raffles enable bars in small towns like Jenkins, where work is seasonal and unemployment high, to pack in customers and support local causes. Even the gambling control board takes in revenue: Meat raffles contribute to the $40 million in taxes collected each year from such charity-driven games of chance.

Things can get crazy. One Minneapolis bar sponsored the show "Risk Your Meat," a sort of "Let's Make a Deal" version of the raffles to increase your meat stockpile.

But nobody throws a meat raffle like VFW Post 3839. A Minnesota TV station recently ranked the Jenkins raffle as the most popular in the state because of its friendly staff and antics such as calling big winners "meat hogs." The club has an eclectic air of the veterans and outdoorsmen who hang out there. In the parking lot sits a Korean War-era tank, and inside is a painting of a jumping northern pike snatching a lure.

On summer weekends, this town of 430 residents can draw hundreds who line the VFW bar three-deep and fill a scramble of tables in adjoining rooms. Everyone is clamoring for the attention of the women in blue shirts, known as the "meat girls," hustling tickets between packed tables.

One Saturday in August, 200 patrons sit ready for the 4 p.m. start, the frenzy of the hunt in the air.

But there's a problem. The meat deliveryman is nowhere to be found.

And none of the staff members want an insurrection on their hands.

Meat raffles came to Minnesota after the end of World War II, when the trend took hold in the northern U.S. and Canada.

In 1962, the commander at VFW Post 3839 floated a plan to sell tickets at a dollar apiece. As the evening wears on, the value of the meat increases from $5 to $7.50, $10 and $15. That enticed gamblers to stick around and spend more money on drinks.

The VFW staff distributed posters along Highway 371 and throughout Crow Wing County. Raffles were on Friday, Saturday and Sunday evenings.

Business exploded. There are 30 similar meat raffles today at nearby bars, but VFW Post 3839's raffle has got them all beat, even drawing people from neighboring states.

Since then, the raffles have become an economic necessity in this depressed town, which some call God's country and others, godforsaken. After the last tourist weekend each year, the November start of hunting season, the VFW post relies on locals to carry the gambling freight.

But summertime is the high life. So far this year, the raffles have brought in $78,000. After paying for taxes and the cost of the meat, the post donated $25,000 to veterans, student scholarships, and police and fire departments for equipment.

So, what is it about Minnesota's lust for meat? Gambling manager Dan Lohse stands at the bar, bearing his sizable stomach. "We just like to eat, can't you tell?"

Manager Deb Tulenchik has another theory: that the region's hunting cultures believe a thick steak is a requisite for the good life. "We're rednecks," she said. "For us, meat makes the world go round."

John M. Glionna / Los Angeles Times

"MEAT GIRLS" Cleo Smith, left, and Leanne Phillipson unpack a delivery of meat at VFW Post 3839 in Jenkins before the first raffle of the night. On summer weekends, the game can draw hundreds of people to this town of 430 residents.

John M. Glionna / Los Angeles Times

GENE BIENUSA, a regular at the meat raffle, is on a losing streak one recent night. "This game must be fixed," he said.

Photo Raffle

RAFFLE TICKETS cost a dollar each. Some of the proceeds go to local causes.

Photo Raffle

THE MEAT RAFFLE at VFW Post 3839 was ranked the most popular in the state by one Minnesota TV station.

The butcher arrives just in time, delivering half a dozen large boxes of meat wrapped in clear plastic, which are quickly stored in a kitchen cooler.

One of the meat girls takes the microphone, announcing that the $5-value round is on. Audience members hoot.

The farmer's daughters are from a family of eight girls and four boys: Nurse Mary Sanders, 49, who is divorced, is the youngest present. She sits near Danya Rice, who is retired at 58 and widowed. The eldest is Karen Ranta, 60, a nurse who also lost her husband.

They know they can't flaunt their winnings. One night, all eight sisters showed up and won a mountain of meat, drawing jealous stares.

"It's like the little old ladies at the bingo hall," Ranta says, nursing her Jack Daniels and Coke. "They don't want you to win. People get crabby."

The meat girls have a non-gambler pick the winning numbers, which are read over the loudspeaker. Wiener's number is called. She leaps into the air, rushing to a table beneath a mammoth papier-mache pig with black booties known as Sgt. Grunt.

She takes her time, examining the packages like a savvy grocery store shopper. She chooses a boneless pork roast, which a worker tosses into a plastic bag.

Several winners later, with her next called number, Wiener picks a package of hamburger. A few drawn numbers later, she wins yet again and selects a bottom round steak.

In 15 minutes Wiener has collected an arsenal of meat, so it's time for the meat girls to acknowledge her luck — or, as some losers complain, greed. She's given a "meat hog" sticker, which she immediately places on her chest to hoots from the table, and later is handed a porcine plastic nose to wear. Often, the evening's winners are pushed to their car in a shopping cart along with their larder.

White-bearded Gene Bienusa sits glumly with his pile of losing tickets. "Just my luck, one number off," says the 69-year-old long-distance trucker. He's wearing a bandanna the colors of the American flag, and the name of his ex-wife, Loyce, is tattooed on his right forearm. "This game must be fixed."

Nearby, the farmer's daughters are getting distracted. Sanders orders another Captain Morgan and Coke, and checks out a man with blond hair and yellow muscle shirt.

"When did he come in?"

Someone else says, "That guy over there? He's married to the bartender."

"Dammit."

Rice looks up from her tequila shot and notices Bienusa sitting alone. She's got a sense of humor about her single status, advertising on a dating website for farmers. "Must have teeth."

"I want to win for him," she says of Bienusa. "He has a sadness in his eyes."

"He's probably got more money than I do toilet paper," Sanders says. Somebody invites him over to the table.

Wiener wins again, doing a dance on the way to choose her prize. "I don't share my meat well," she admits. "If it's good meat, I keep it all to myself."

Then the meat jokes start and Rice blesses herself.

The sisters talk about how their father, Elwood Hurrle, has been depressed since their mother, Mary Ellen, died. Rice wants to win him something to make him feel better.

Moments later, her number is called. "I won! I won! What did I win?"

"Sausage," someone whispers, as if it's a booby prize. She returns with a blueberry pie.

A round of drinks arrives. Four hours after she bought her first ticket, Rice is told by one of the meat girls that this is the last round.

"Thank God," she says. "I don't think I can take any more."

john.glionna@latimes.com
Twitter: @jglionna

PAID ADVERTISING
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLANT INSULATION COMPANY,
Debtor. • Case No. 09-31347 Chapter 11

[illegible]

You're Invited to join us at a
Novartis MS Education Link Event
Hear Regina Berkovich, MD share information about multiple sclerosis (MS), learn about a prescription treatment option, and connect with people in your community living with MS.
9/23/14 at 6:30 PM
Maggiano's Little Italy
189 The Grove Drive, Los Angeles, CA 90036
Tell or bring a friend!
Accessible to people with disabilities.
Light meal served. Space is limited.
Parking will be validated.
Please RSVP by calling
1-866-682-7491
NOVARTIS

Smart shoppers save here.
Don't miss this week's specials
latimes.com/circulars

# EXHIBIT  F

# SCHOOLS: Earlier start means more class hours before testing

FROM PAGE 1

it will be better for our students," said Pat Kozlak, spokeswoman for Anaheim Union, which has 32,000 students in junior high and high school.

Fullerton Joint Union High School District, with 14,500 students in eight high schools, led the charge to begin school earlier, in 2013, persuading some of its feeder elementary and junior high schools in different districts to do the same so families would have the same schedules.

One reason was to give students more time to prepare for the high school exit and Advanced Placement exams.

In Fullerton Joint Union, district administrators have begun tracking the test numbers, to see if there will be a significant upgrade.

The passage rate for the 10th grade exit exam increased to 95 percent from 93 percent the year before, Superintendent George Giokaris said. The schools had a 7 percent increase in the number of students taking Advanced Placement exams, which can earn college credit, although the passage rate remained at 69 percent.

Plus, students completed finals before the winter vacation instead of having to study – and forgetting material – over the break.

Amanat Singh, 17, a senior at Sunny Hills High School in Fullerton, said the early start date gave her more time before taking four Advanced Placement exams, each administered on the same dates in May throughout the country. This year, Singh hopes to go on college tours in New York and Boston over the holiday break without having to worry about studying

PHOTOS: [illegible], STAFF PHOTOGRAPHER

Buena Park Junior High School teacher Kelly Love instructs her students on using an iPad. Buena Park Junior High School started its academic semester on Aug. 11.

Buena Park Junior High students play basketball. Starting the school year early means a hotter time outdoors.

for finals.

"I personally really like it, even though it starts kind of early," Singh said.

Irvine Unified officials also considered the stability of the calendar.

Because Labor Day shifts, the first day can be a moving target, said Keith Tuominen, Irvine's director of secondary education. When classes end in June, some seniors face college orientations before graduating from high school.

For some districts, it is unclear when they will start next school year.

Anaheim City School District, which has elementary schools that feed into Anaheim Union, needs to negotiate with its teachers union. Westminster School District, which starts today, is beginning to talk about moving up the calendar, said spokeswoman Trish Montgomery.

When teachers pass out textbooks earlier, they of course collect them sooner, too – the school year ends in May or early June instead of a couple of weeks later. Of course, when a district pushes forward its calendar, that first year the boys and girls get two weeks less of summertime.

At Buena Park Junior High, students had mixed feelings about starting in early August.

Jolene, the seventh grader, said she didn't mind coming back early from Modesto, where she visited her grandmother, because she wanted to see her school friends: "My summer was pretty boring."

But San Juan Solisce, 12, a seventh-grader, said he was upset that his family vacation to Delhi, about 20 miles north of Merced, was cut short and he had to skip a camping trip. "Since it's still in summer, it's hot when we do P.E.," the boy said. "It's blazing."

Eighth grader Juliana Vogelpohl, 13, said she has watched her friends at other schools post pictures of trips to the beach, Disneyland and Knott's Berry Farm on Instagram and Facebook – while she's already in class.

"It's not that fun," Juliana said. "They are all having fun, and we're in school until 2:45."

CONTACT THE WRITER: 714-704-3793 or [illegible]

### TRADITIONAL CLASSES BEGIN FOR O.C. DISTRICTS

**Aug. 11:** Buena Park, Fullerton and Fullerton Joint Union High School districts
**Aug. 13:** Lowell Joint School District
**Aug. 19:** La Habra City School District
**Aug. 20:** Orange Unified School District
**Aug. 21:** Anaheim City School District
**Aug. 25:** Magnolia, Savanna, Cypress and Anaheim Union High School districts
**Aug. 27:** Huntington Beach Union High School, Los Alamitos Unified and Centralia districts
**Sept. 2:** Brea Olinda, Garden Grove, Irvine, Laguna Beach, Newport Mesa, Placentia-Yorba Linda Unified and Santa Ana Unified districts
**Sept. 3:** Tustin, Fountain Valley, Huntington Beach City, Saddleback Valley and Ocean View districts
**Today:** Capistrano Unified and Westminster school district
Source: The districts

> "Since it's still in summer, it's hot when we do P.E. It's blazing."
>
> SAN JUAN SOLISCE, 7TH-GRADER AT BUENA PARK JUNIOR HIGH SCHOOL

# DANCE: Yorba Linda teen 'so happy' about third-place finish

FROM PAGE 1

ing for the title on the popular Fox TV show. The winner was Ricky Ubeda, an 18-year-old contemporary dancer from Miami. The other two finalists were Valerie Rockey, 20, in second place, and Zack Everhart, 20, in fourth.

"I was so happy," Richens said outside the studio after the show. "I think the only reason I choked up is because I was talking about how much I love everyone. They were happy tears."

Getting to the finale wasn't easy for Richens. During the callbacks, Richens had to "dance for her life," which is what the show calls it when a dancer performs an extra solo routine to entice the judges to keep them on. Then, when the show cut contestants from 14 to 10, viewer votes put Richens in the bottom six. She made it the top 10 only after again impressing judges enough.

After the field was narrowed to four, who would win was based on the two weeks of performances. Between those two shows, Richens performed nine dances in styles ranging from Bollywood to jazz to disco.

With the votes tallied before the cameras rolled on this week's episode, Wednesday's show was more about celebrating the past season than about each of the final four proving why they deserved to win. All of the top 20 contestants returned for a dance or two, including Chapman University student Casey Askew, who reached the top six.

During the show, Richens and the rest of the contestants performed dances they, the judges, Deeley and the audience deemed were their favorites from the season. Judge Mary Murphy chose Richens' contemporary dance with Askew during which the two acted out a first kiss – the dance that saved both of them from being eliminated earlier in the season. Ubeda chose one of his dances with Richens as his favorite. And Richens chose the contemporary dance she performed last week.

This season, only the first-place winner got a prize package that included $250,000 and a part in a Broadway show. But Richens will join the rest of the top 10 on a 70-stop national and Canadian tour starting Oct. 1 in New Orleans.

After the tour, Richens says, she isn't sure what she will do. She knows she wants to continue dancing, perhaps abroad. And though she came in third, Richens said she feels like Ubeda was the rightful winner.

"I wasn't expecting anything," Richens said. "I think tonight played out exactly as God planned it, and I'm so happy."

CONTACT THE WRITER: 714-704-3771 or [illegible]

PAID ADVERTISING
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:
PLANT INSULATION COMPANY,
Debtor. Case No. 09-31347 Chapter 11

You Don't Need a Hero...
...Just a Great Plumber
Mr. Rooter
PLUMBING
www.MrRooter1.com
$65.00
$150
$65.00
$48.00
714-784-5254

REPLACEMENT WINDOWS & DOORS
IMPROVE THE LOOK & ENERGY EFFICIENCY

Vinyl Replacement Window
$185
We Are The Factory
Window
DESIGN GROUP

12 to 60 MONTHS

• Huge selection of styles, shapes and colors
• Completing replacement window orders within 7 business days!
• All major credit cards accepted
• We will beat any written estimate

BOOK AN IN-HOME FREE ESTIMATE NOW! 714-912-8569

# FATHER TO BE CHARGED WITH KILLING KIDS

Officer smells 'stench of death' in suspect's car when he's pulled over.

BY JAY REEVES AND JEFFREY COLLINS
THE ASSOCIATED PRESS

PINE APPLE, ALA. • Their little bodies shrouded in plastic bags, the five children of Timothy Ray Jones Jr. had been dead for days by the time he led investigators to the spot where they had been dumped among dead trees and scrub brush.

The children's journey to that isolated hilltop in central Alabama covered hundreds of miles and crisscrossed several Southeastern states as Jones drove his Cadillac Escalade around for days, using bleach to try to mask the smell of the decomposing bodies, authorities said Wednesday.

Jones was arrested Saturday at a DUI checkpoint in Mississippi, about 600 miles from his hometown of Lexington, S.C. An officer said he "smelled the stench of death" along with chemicals used to make methamphetamine and synthetic marijuana. Jones was acting strangely and appeared "somewhat disoriented," said Lewis McCarty, the acting sheriff in Lexington.

Court documents show the children's brief lives were troubled, marred for years by discord between their parents. The divorce between Jones and his wife, Amber, finalized 2 months ago, included multiple allegations of adultery against the woman and resulted in the children bouncing back and forth between their home in South Carolina and northeastern Mississippi, where Jones' family lives.

A therapist who saw the man more than two years ago described him as "highly intelligent" and responsible, yet emotionally devastated and angry over his wife's alleged infidelity, court records show. Still, authorities said they don't know why the children were slain, or how, or exactly when. Autopsies were scheduled to begin today.

Jones, 32, confessed to killing his children, ages 1 to 8, and dumping their bodies in the secluded clearing, authorities said. The computer engineer who had a degree from Mississippi State University was working for Intel when he disappeared with his children, the company said. At the time of his divorce, he was making about $71,000 a year.

The sheriff said Jones apparently acted alone and will be charged with five counts of murder. Authorities have seized his computer.

Jones' father made a brief statement, but directed questions to attorney Boyd Young, who would represent his son. Young's office in South Carolina refused to confirm that it is representing Jones and declined to comment.

Authorities believe the children were killed at the same time, likely soon after they were last seen alive in late August. Jones had moved with the children to a neighborhood of mobile homes in Lexington after the October 2013 divorce, and the children had slowly started disappearing from view, said neighbor Dorothy Wood.

"I didn't even hear them playing outside any more. I thought they had moved," Wood said.

Jones' stepmother, Julie Jones of Amory, Miss., called the children "beautiful."

"They were wonderful. They were happy," Jones said as she cried.

Divorce records listed the five children as Merah, 8; Elias, 7; Nahtahn, 6; Gabriel, 2, and Elaine Marie, 1. Elaine Marie was born Abagail Elizabeth but the parents agreed to a name change, records show.

In Lexington, there was an abuse complaint against Jones lodged on Aug. 7, but when deputies and an official with the Department of Social Services went out to the house, they interviewed the children and didn't see anything to alarm them. Officials wouldn't say who made the complaint.

The case has unfolded over the past two weeks, but it wasn't until Tuesday afternoon – when the children's bodies were found – that authorities went public.

"We were trying to balance the children and the investigation against the releasing of information," McCarty said.

The children's mother, Jones' ex-wife, is in shock and distraught, McCarty told reporters.

"I want you to know that she lost five vital body parts," he said. "A very nice person, a very sweet lady."

RICHARD SHIRO, THE ASSOCIATED PRESS
Photos of the children of Timothy Ray Jones Jr. are seen on display at a news conference at the Lexington County Sheriff's Dept Training Center in Lexington, S.C., on Wednesday.

# U.S. AIRLINES IMPROVE ON-TIME RATE

BY DAVID KOENIG
THE ASSOCIATED PRESS

DALLAS • At the height of this summer's travel season, airline flights were more likely to arrive on time and less likely to be canceled than they were last year.

The improvement in airline performance was a welcome break for travelers. Over the first six months of 2014, delays were the highest since 2008 and cancellations the highest since 2000.

The U.S. Department of Transportation said Wednesday that among 14 of the largest airlines, 75.8 percent of flights arrived on time in July, up from 73.1 percent in July 2013 and from June 2014's 71.8 percent rate.

The best for arriving on time were Hawaiian, Delta and Alaska.

At the bottom of the rankings: JetBlue Airways and Southwest Airlines, with nearly one in three flights arriving late. Southwest had a pattern of consistently late arrivals on many routes.

According to the government, Southwest ran at least 30 minutes late more than half the time in May, June and July on three short daily flights.

Another 108 Southwest flights regularly ran late for two straight months.

Southwest has struggled to fly on time since tightening its schedule in August 2013. Senior vice president of operations Greg Wells said that the airline thought it could boost revenue by adding 16 planes' worth of new flights without increasing the fleet.

Wells said the airline "stopped the bleeding" by focusing on starting morning flights on time, putting more time between connecting flights, and allowing more time to unload and load planes. Since Aug. 24, he said, the airline has been running at 84 percent on-time.

The Department of Transportation said that two flights in July – one by Spirit Airlines and another by US Airways – were stuck on the tarmac longer than the allowed three hours.

The airlines could face fines.

There were 10 reports of pets that were lost, injured or died during flights, down from 8 in June. That only covers pets that were accompanied by their owners.

Beginning Jan. 1, the Department of Transportation will require airlines to report deaths of cats and dogs that are shipped by breeders too.

REGISTER FILE PHOTO
A Delta Airlines jet lands on the main runway June 6, 2013, at John Wayne Airport. Delta was second for on-time performance in July.

## ON-TIME PERFORMANCE

Here are the government's rankings of the leading airlines and their on-time performance in July. The government counts a flight as on time if it arrives within 14 minutes of schedule.

Hawaiian Airlines, 93.3 percent
Delta Air Lines, 86.3 percent
Alaska Airlines, 84.1 percent
AirTran Airways, 83.1 percent
Virgin America, 80.8 percent
SkyWest, 77.2 percent
US Airways, 76.7 percent
Frontier Airlines, 76.1 percent
United Airlines, 74.9 percent
Envoy, 74.5 percent
ExpressJet, 73.4 percent
American Airlines, 72.3 percent
Southwest Airlines, 69.4 percent
JetBlue Airways, 65.8 percent
Total for all reporting airlines: 75.8 percent
Source: U.S. Department of Transportation

PAID ADVERTISING
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
In re
PLANT INSULATION COMPANY,
Debtor • Case No. 09-31347 Chapter 11
[illegible]

BRIEFLY

## HONOLULU TO MOVE HOMELESS FROM HOT SPOTS

The Honolulu City Council approved several measures aimed at moving homeless people out of tourist hot spots by banning sitting and lying down on sidewalks and urinating and defecating in public on the island of Oahu.

The council was under pressure from the tourism industry. Critics say the proposals will criminalize homelessness.

Councilman Breene Harimoto, who voted against most of the bills, says the council is helping the public view homeless people as objects to be swept away.

The city also is planning a temporary campsite on a remote, mostly industrial island far from resorts, parts of which were previously used as an internment camp.

## Police block highway protest

Demonstrators hoping to block I-70 in Berkeley, Mo., on Wednesday to protest the fatal shooting of Michael Brown by a police officer a month ago were barred by the police from entering the highway.

About 20 protesters were arrested when they sat down in the road near an entrance ramp. As traffic continued to move freely during the late-afternoon rush, about 100 demonstrators and 100 police officers, some in riot gear, faced each other near the eastbound on-and-off ramps at Hanley Road, not far from the airport. Officers warned protesters that if they entered the road they would be arrested.

## Mental state is key in baby case

Lawyers for a Utah woman accused of leaving her newborn baby to die in a trash can say her mental state will be a central issue in the case.

Englert.

Alicia Marie Englert, 23, made her first court appearance Wednesday in Salt Lake City with her hands shackled behind her back. Her eyes looked partially closed behind black-framed glasses.

A state judge allowed Englert's attorneys nearly a month to evaluate her before her next hearing.

The baby girl, who was released from a hospital, is in the care of state child welfare workers.

## Texas executes man who killed 2

A man convicted of gunning down his former common-law wife and her brother more than two decades ago in Houston was put to death by lethal injection Wednesday evening.

Willie Trottie's execution was carried out about 90 minutes after the U.S. Supreme Court rejected his last-day appeals. He had contended he had poor legal help at his trial and questioned the potency of the execution drug.

His was the eighth lethal injection this year in Texas, and the first in the nation's most active death penalty state since recent executions went awry in Oklahoma and Arizona. Unlike those states, where a drug combination is used for capital punishment, Texas uses a single lethal dose of pentobarbital.

REUPHOLSTERY
Riviera...We'll Reupholster ANYTHING!
10,000 Fabrics Available
Open 7 Days A Week

Factory Direct
Since 1954
714-520-7801

# EXHIBIT  G



P.O. Box 120191, San Diego, CA 92112-0191

# AFFIDAVIT OF PUBLICATION

PARADISE MEDIA, INC.
PO BOX 23605
EUGENE, OR 97402

STATE OF CALIFORNIA} ss.
County of San Diego}

The Undersigned, declares under penalty of perjury under the laws of the State of California: That she is a resident of the County of San Diego. That she is and at all times herein mentioned was a citizen of the United States, over the age of twenty-one years, and that she is not a party to, nor interested in the above entitled matter; that she is Chief Clerk for the publisher of

**U-T San Diego**

a newspaper of general circulation, printed and published daily in the City of San Diego, County of San Diego, and which newspaper is published for the dissemination of local news and intelligence of a general character, and which newspaper at all the times herein mentioned had and still has a bona fide subscription list of paying subscribers, and which newspaper has been established, printed and published at regular intervals in the said City of San Diego, County of San Diego, for a period exceeding one year next preceding the date of publication of the notice hereinafter referred to, and which newspaper is not devoted to nor published for the interests, entertainment or instruction of a particular class, profession, trade, calling, race, or denomination, or any number of same, that the notice of which the annexed is a printed copy, has been published in said newspaper in accordance with the instructions of the person(s) requesting publication, and not in any supplement thereof on the following dates, to wit:

SEPTEMBER 4 AND 11, 2014

Jack Manuel

*Chief Clerk for the Publisher*

9/15/14

*Date*

**Affidavit of Publication of**

Legal Advertisement
Ad # 10865528
ORDERED BY: STEPHANIE

PAID ADVERTISING

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re

**PLANT INSULATION COMPANY,**
Debtor • Case No 09-31347 Chapter 11

**NOTICE OF ENTRY OF ORDER AND RECONSIDERATION PROCEDURES REGARDING PLAN PROPONENTS' MOTION ("Motion") FOR ORDER (the "Order") (1) (A) APPROVING SETTLEMENT AGREEMENT (the "Resolute-Related Settlement Agreement") WITH THE RESOLUTE CARRIERS, (B) DESIGNATING THE RESOLUTE CARRIERS AS SETTLING ASBESTOS INSURERS UNDER THE PLAN, (C) APPROVING THE SALE OF INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS, (D) APPROVING THE PENDING CLAIMS CARVEOUT AND ASSOCIATED PROCEDURES; (E) APPROVING RECONSIDERATION PROCEDURES and (2) (A) APPROVING SETTLEMENT AGREEMENT (the "USF&G Settlement Agreement") WITH UNITED STATES FIDELITY AND GUARANTY COMPANY, (B) DESIGNATING UNITED STATES FIDELITY AND GUARANTY COMPANY AS A SETTLING ASBESTOS INSURER UNDER THE PLAN, (C) APPROVING THE SALE OF INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS, AND (D) APPROVING RECONSIDERATION PROCEDURES.**

NOTICE IS GIVEN that on August 29, 2014, the United States Bankruptcy Court for the Northern District of California granted the above-referenced Motion which approved the Resolute-Related Settlement Agreement with the following Settling Parties: OneBeacon Insurance Company, OneBeacon American Insurance Company, American Employers' Insurance Company, Transport Insurance Company as successor-in-interest to Transport Indemnity Company, American Home Assurance Company, Insurance Company of the State of Pennsylvania, and Granite State Insurance Company (collectively, the "Resolute-Related Settling Parties"). In addition, the following are Additional Released Parties under the Resolute-Related Settlement Agreement: National Indemnity Company, White Mountains Insurance Group, Ltd., OneBeacon Insurance Group, Ltd., Resolute Management Inc., Randall & Quilter America Holdings, Inc., Randall & Quilter Investment Holdings Ltd., and R&Q Solutions LLC (collectively, the "Resolute-Related Additional Released Parties").

NOTICE IS FURTHER GIVEN that on the same date, the Court approved a Settlement Agreement (the "USF&G Settlement Agreement") with USF&G (as that term is defined in the Settlement Agreement) between United States Fidelity and Guaranty Company ("USF&G") and Bayside Insulation & Construction, Inc. (formerly known as Plant Insulation Company) (the "Debtor") and certain other parties. The USF&G Settlement Agreement includes as additional Releasees certain affiliates, parents and subsidiaries of USF&G, including (per USF&G) The Travelers Indemnity Company, Travelers Casualty and Surety Company (formerly known as The Aetna Casualty and Surety Company), St. Paul Fire and Marine Insurance Company, and other related entities.

The Settlement Agreements include releases by Debtor Releasors (as defined in the Settlement Agreements) and sales by Bayside Insulation & Construction, Inc. (formerly known as Plant Insulation Company) (the "Debtor") to the Resolute-Related Settling Parties and USF&G of insurance policies issued or allegedly issued by the Resolute-Related Settling Parties or USF&G free and clear of all liens, claims, encumbrances and interests of any kind or nature whatsoever.

The Plan Proponents who moved for the Order are the Debtor, the Official Committee of Unsecured Creditors and the court-appointed Futures Representative. The settlement amount that the Resolute Settling Parties will pay upon the Order and the New Confirmation Order (as defined in the Settlement Agreements) becoming Final Orders is one hundred ten million dollars ($110,000,000), which will be paid to a Trust for the benefit of Asbestos Claimants. Pursuant to the applicable Order, 5.7 percent of the gross settlement proceeds paid by the Resolute-Related Settling Parties will be used by the Trust to create a Pending Claims Carveout which will be distributed to Asbestos Claimants with active claims against Debtor in the tort system. The settlement amount that United States Fidelity and Guaranty will pay under the USF&G Settlement Agreement upon the Order and the New Confirmation Order (as defined in the USF&G Settlement Agreement) becoming Final Orders is twenty one million dollars ($21,000,000), and $1 million on or before December 31, 2016 under certain conditions, all of which will be paid to a Trust for the benefit of Asbestos Claimants. The Orders find that the contributions of the Resolute-Related Settling Parties, the Resolute-Related Additional Released Parties and USF&G to the Trust justify their designation as Settling Asbestos Insurers (as defined in the Amended and Restated Second Amended Plan of Reorganization of Plant Insulation Company, as Modified (the "Plan")) and the issuance of the Settling Asbestos Insurer Injunction (as defined in the Plan) in their favor.

**Under the Settling Asbestos Insurer Injunction, issued under Section 524(g) of the Bankruptcy Code, litigation of all present and future Asbestos Related Claims against the Resolute-Related Settling Parties, the Resolute-Related Additional Released Parties and USF&G (all as defined herein and in the Settlement Agreements), will be enjoined and forever barred, and holders of such Claims will be entitled to remedies under the Plan, which establishes the Trust to pay Asbestos Related Claims.**

If you have an Asbestos Related Claim (as defined in the Plan and which includes Asbestos Indirect Claims, e.g. contribution, reimbursement, indemnity, subrogation) against the Debtor as to which insurance coverage from Resolute-Related Settling Parties, Resolute-Related Additional Released Parties, or USF&G is or may be available, your rights may be affected.

**The Orders are presently stayed pending the following procedures for reconsideration of the Order. Any party in interest may seek reconsideration of the applicable Order under Bankruptcy Rules 9023 or 9024 as if they had filed an objection prior to the issuance of the Order, by filing, within 21 days following the date of entry of the Orders (August 29, 2014), either a motion that conforms to the requirements specified immediately below, or a written joinder in such a motion timely filed by another party.**

Such motion shall be sufficient if it includes (i) a writing entitled "Motion for Reconsideration" that identifies the moving party or parties and states that the moving party or parties intend or may wish to seek reconsideration of one or both of the Orders, and (ii) a declaration of one of the moving parties, which may be signed by party's counsel, stating that the party intends or may wish to seek reconsideration. A joinder shall be sufficient if it is made in writing, states the party's intention to join in a motion, and identifies the party or parties on whose behalf it is filed and the motion to which it relates (either by docket number or the identity of the party filing the motion). If a timely filed joinder shall entitle the joining party to participate fully in all further reconsideration proceedings. No other papers need be filed within the 21-day deadline for a motion or joinder to be considered timely filed. Further procedures are set forth in the Order.

For further information you may contact counsel for the Committee, Steven B. Sacks at ssacks@sheppardmullin.com. Copies of the Motion, Settlement Agreement, the Order, Supporting Declarations and related documents are available at the Trust's website: www.[illegible].com



Results

List
Grid
1Up
Full
PDF
E-Sheets
Log-Out

E-Sheets® by MerlinOne

Legal **U-T San Diego** Contact

Search Hits: 1 of 1

Publication: **U-T San Diego**
Publication Date: **September 4, 2014**
Agency (#): **PARADISE MEDIA, INC. (1247228)**
Advertiser (#): **PARADISE MEDIA, INC. (1247228)**
Insertion Number:
Description:
Ad Number: **10865528-01**
Color, Ad Size: **B&W, 2x8.00 Columns x Inches**
Sales Rep: **Manuel**
Code: **Class'n: Main New; Ind: 8111**
Edition:
Zone: **Full Run**
Section, Page: **A (A), 4**

NATION & WORLD

PUTIN OUTLINES PLAN TO END FIGHTING

OBAMA CALLS UKRAINE A TEST FOR THE WEST

NEW DIABETES STUDY SHOWS:

Insulin Shots More Than Double the Risk of DEATH in Type II Diabetics

SALE
WOMEN'S SANDALS
80% OFF!

FRANCE PUTS HOLD ON WARSHIP DELIVERY

Results

List
Grid
1Up
Full
PDF
E-Sheets
Log-Out

E-Sheets© by MerlinOne

Legal **U-T San Diego** Contact

Search Hits: 1 of 1

Publication: **U-T San Diego**
Publication Date: **September 11, 2014**
Agency (#): **PARADISE MEDIA, INC. (1247228)**
Advertiser (#): **. (1247228)**
Insertion Number:
Description:
Ad Number: **10865528-01**
Color, Ad Size: **B&W, 2x8.00 Columns x Inches**
Sales Rep: **Manuel**
Code: **Class'n: Main New; Ind: 8111**
Edition:
Zone: **Full Run**
Section, Page: **A (A), 4**

NATION & WORLD

FERGUSON PROTEST MOSTLY NONVIOLENT

PUTIN LASHES OUT AT THE WEST

Ferguson Market

EMPIREBEAUTY

GiGi

BUY ONE, GET ONE 1/2 OFF

EMPIREBEAUTY

WINDOWS & DOORS

NEWMAN

# EXHIBIT  H

# 'Beige book' signals economy's picking up

## Automobiles, tourism are driving growth

**Paul Davidson**
USA TODAY

The U.S. economy expanded at a modest to moderate pace over the past six weeks as a booming auto industry and tourism continued to drive growth, the Federal Reserve said Wednesday.

The pickup in activity was moderate in the New York, Cleveland, Chicago, Minneapolis, Dallas and San Francisco bank districts. Philadelphia, Atlanta, St. Louis and Kansas City reported modest growth. In Boston, "business activity appears to be improving," and Richmond reported further strengthening, the Fed said in its "beige book," named for the color of its cover.

The report, which provides an anecdotal snapshot of the economy, was similar in tone to the previous two and more tempered in its outlook than recent government data that portray an accelerating economy. While that data show manufacturing, job growth and the housing market all picking up momentum lately, the beige book describes activity in those sectors as modest, moderate or mixed.

Consumer spending expanded at a "slight to moderate" pace, the Fed said, with the exception of auto sales. Growth picked up in Chicago and slowed in Philadelphia, and sales weakened slightly in Atlanta. In Boston and Chicago, shoppers snapped up clothing. Household and home-improvement items were popular in Kansas City and Boston. And back-to-school sales were strong in New York, Philadelphia, Cleveland, Atlanta and Dallas.

Auto sales remained a bright spot. In Philadelphia, dealers reported record car sales in July. Purchases of SUVs and pickup trucks increased in the Cleveland, Chicago, Kansas City and San Francisco regions.

Tourism, meanwhile, accelerated across the country, with hotel occupancy high or rising in the Boston, New York, Philadelphia, Cleveland, Atlanta and San Francisco districts.

The manufacturing picture was mixed. Growth rates increased in the Cleveland, Richmond and Dallas areas but moderated in the New York, Atlanta, Minneapolis and Kansas City regions. Construction fueled production in the Philadelphia, Chicago, Minneapolis and Kansas City areas. Boston and San Francisco both reported higher demand for semiconductors. Still, optimism about the near-term outlook prevailed across the nation.

Housing also expanded but not uniformly. About half of the districts said new house construction and existing home sales were stable or growing, though the increase in sales was modest. Commercial construction also is picking up in about half of the regions. In Boston, building increased in the hospitality industry, while more industrial and warehouse projects are on tap in Philadelphia.

Lending generally strengthened across the country, though auto loans drove much of the pickup. "Demand for residential mortgages was less robust," the Fed said.

And despite 200,000-plus monthly job gains over the past six months, the Fed described the labor market and hiring trends as "generally modest." Employers, however, increasingly are struggling to find skilled employees, including technology workers in the Boston area, truck drivers in New York and construction workers in Atlanta.

A worker assembles construction supplies last month at Northeast Building Products in Philadelphia.

# Why do reporters risk their lives?

## They often say, 'If we don't do it, who will?'

**Rem Rieder**
USA TODAY

It's hideousness of almost unimaginable dimensions.

Twice in two weeks, journalists guilty of nothing more than doing their jobs have been executed, beheaded on video by terrorists.

Covering combat has by definition always been risky business. But as the nature of war has changed, it has become dangerous beyond measure.

The latest victim murdered by the Islamic State was 31-year-old Steven Sotloff, a Floridian with a passion for the Middle East and a love of basketball and the movies of David Lynch. Sotloff, who had been freelancing for *Time* magazine and other publications, was kidnapped in Syria in August 2013. Video of his beheading was posted Tuesday. Sotloff's mother pleaded last week for his release, to no avail.

Writer Sherry Ricchiardi has long had a love for international reporting, particularly in the world's hot zones. Ricchiardi, who reported on the fighting in the Balkans for a number of publications, covered the foreign news beat for two decades for *American Journalism Review*, a magazine I used to edit. In that capacity she has interviewed scores of front-line war correspondents.

Sherry Ricchiardi, in Yemen in 2004, says covering warfare has become far more perilous today.

Steven Sotloff

Ricchiardi, a former Indiana University journalism professor who has conducted workshops for international journalists around the globe, is shaken by the barbarity of the last two weeks. "In my lifetime I've never seen anything like this, parading two American journalists in orange jumpsuits for the world to see," she says. The messy butchery of the beheadings, as opposed to the clean cut of the guillotine, makes the atrocities even more atrocious, in her view.

"I shuddered," Ricchiardi says. "I had a physical reaction."

And she worries about what comes next. The Committee to Protect Journalists says about 70 journalists have been killed in Syria since the uprising against strongman Bashar Assad began in 2011, and estimates about 20 are missing, many of them Syrians.

"How many journalists does the Islamic State have?" Ricchiardi wonders. "How many more are going to be kneeling in the desert?"

Ricchiardi says that covering warfare has become far more perilous than years ago, when conflicts were often between armies of rival nations and battle lines were clearly defined.

In many of today's intrastate conflicts, "There are no front lines; you don't know who the players are," she says.

In the past, journalists covering war weren't targets. "We certainly are now," Ricchiardi says. "Terrorist groups see correspondents as pawns who are valuable for propaganda and fundraising. The Islamic State had been seeking a $132 million ransom for James Wright Foley, another American freelancer whose on-camera beheading was posted by the Islamic State on Aug. 19.

Given the good chance that bad things will happen to them, why do war correspondents continue to do what they do? Ricchiardi has discussed that with many of the best of them. She wrote profiles of *The New York Times'* Anthony Shadid and Marie Colvin of London's *Sunday Times*, both of whom died covering Syria. She has interviewed, among many others, *The New York Times'* Carlotta Gall and *The New Yorker's* Dexter Filkins.

"Being an eyewitness is the bottom line," she says. "They often ask, 'If we don't do it, who will?' Bearing witness is a huge part of it, and going where others don't go to tell the stories of the people." She adds, "I never heard bravado."

Ricchiardi recalls interviewing Shadid in 2004 at his comfortable home in the Washington, D.C., suburbs. The Pulitzer-winning journalist had dropped his 2-year-old off with a babysitter. He was about to head back to Iraq. Why would he leave such a pleasant existence to place his life at risk?

"No one can do this better than I can," replied Shadid, who spoke fluent Arabic. "No one is writing the stories with the voices of the Iraqi people. That is my mission."

As traditional news organizations have cut back on foreign correspondents, many young freelancers have flocked to hot spots such as Syria. Will the recent carnage deter some of them?

"If this doesn't have a chilling effect, I don't know what will," Ricchiardi says. "Nobody in their right mind would cross over now into Syria."

# Perdue cuts way back on use of antibiotics on chickens

**Bruce Horovitz**
USA TODAY

The antibiotic-free movement is invading the chicken coop.

Perdue Foods, the nation's third-largest chicken producer, on Wednesday announced that it has stopped use of human antibiotics with about 95% of its chickens — though it still will use animal antibiotics with about two-thirds of them. At the same time, Perdue will no longer use any antibiotics in its hatcheries.

Five years ago, Perdue used human antibiotics with 100% of its chickens.

The privately held food giant, whose combined meat and grain sales will top $7 billion this year, still will use human antibiotics with about 5% of chickens — but only for a few days when prescribed by a veterinarian for a specific problem, the company says.

"This is a big deal," says CEO Jim Perdue, the grandson of the company's founder, in an interview with USA TODAY. "We listen to consumers."

He says it's one of the biggest moves the 94-year-old company has made since it pioneered brand advertising for chicken — once viewed as a commodity product — more than 40 years ago.

Chicks arrive at the Perdue farm, where they received no antibiotics.

This evolution away from human antibiotics has taken place over 12 years, says Jim Perdue, and the company's last hatchery that used human antibiotics stopped this summer. The company declined to say where that hatchery is located.

At least one food safety watchdog applauded Perdue's move to limit use of antibiotics.

"The amount of antibiotics used on the farm is simply not sustainable if we want to preserve their uses in human medicine," says Caroline Smith DeWaal, food safety director at the Center for Science in the Public Interest. "I hope Perdue's actions foreshadow changes across the industry."

Outside of Perdue's specific organic and no-antibiotics-ever products, its chickens generally are treated with an animal-only antibiotic for the prevention of common illnesses.

The Chipotle and Panera chains have been using antibiotic-free chicken for some time. And earlier this year, Chick-fil-A announced it would have only chicken raised without antibiotics in its stores within five years.

Antibiotic-free chicken now is believed to account for about 10% of the estimated $10 billion that consumers spent on fresh chicken in 2013. Along with organic chicken, it ranks among the industry's fastest-growing sectors. Beyond a strong push from consumers and food safety advocates, the Food and Drug Administration also has been coaxing food companies to migrate away from human antibiotics.

Perdue's program began in 2002, and in 2003 it phased out the use of specific medically important antibiotics in its feeds, including fluoroquinolones, four years before the FDA banned their use in animal agriculture. By 2007, it had removed all human antibiotics from its feed. In 2011, it acquired Coleman Natural Foods, adding organic chicken. And now, it has removed all antibiotics from its hatcheries.

"This will help the industry move forward," says Jim Perdue. "There's no law that you have to do this. We did it voluntarily."

PAID ADVERTISING
**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

In re: PLANT INSULATION COMPANY,
Debtor. • Case No. 09-31347 Chapter 11

## CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is Dentons US LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On October 9, 2014, I served a true copy of the following:

**CORRECTED DECLARATION OF ROBERT B. MILLNER REGARDING PUBLICATION NOTICE OF: ORDER (A) APPROVING SETTLEMENT AGREEMENT WITH THE RESOLUTE-RELATED PARTIES, (B) DESIGNATING THE RESOLUTE-RELATED PARTIES AS SETTLING ASBESTOS INSURERS UNDER THE PLAN, (C) APPROVING THE SALE OF INSURANCE POLICIES FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS, (D) APPROVING THE PENDING CLAIMS CARVEOUT AND ASSOCIATED PROCEDURES; AND (E) APPROVING RECONSIDERATION PROCEDURES**

on the interested parties in this action as follows:

**[X] BY E-MAIL:** I caused the above-mentioned document to be served by E-mail to the parties listed on the below service list on the date specified above.

| | | |
|---|---|---|
| Counsel to the Reorganized Debtor Bayside Insulation & Construction, Inc.<br>Law Offices of Ronald W. Ishida<br>1635 Challenge Drive<br>Concord, CA 94520<br>2271 California Street<br>Telephone (925) 222-3520<br>Email: rishida@rwilaw.com | Counsel to the Reorganized Debtor Bayside Insulation & Construction, Inc.<br>George Kalikman, Esq.<br>Schnader Harrison Segal & Lewis<br>650 California Street, 19th Floor<br>San Francisco, CA 94108<br>Email: gkalikman@schnader.com | Counsel to the Hon. Judge Charles B. Renfrew (Ret.), Futures Representative<br>c/o FERGUS, A LAW OFFICE<br>Gary Fergus, Esq.<br>595 Market St., Suite 2430<br>San Francisco, CA 94105<br>Email: gfergus@ferguslegal.com |
| United States Trustee<br>c/o OFFICE OF THE UNITED STATES TRUSTEE<br>Donna S. Tamanaha<br>Minnie Loo<br>235 Pine St., Suite 700<br>San Francisco, CA 94104-3401<br>Email: Minnie.Loo@usdoj.gov, Donna.S.Tamanaha@usdoj.gov, USTPRegion17.SF.ECF@usdoj.gov | Counsel for Official Committee of Unsecured Creditors<br>Michael Ahrens, Esq.<br>Steven B. Sacks, Esq.<br>Michael Lauter, Esq.<br>c/o SHEPPARD MULLIN RICHTER & HAMPTON<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Email:<br>mahrens@sheppardmullin.com<br>mwhite@sheppardmullin.com<br>ssacks@shepppardmullin.com<br>mlauter@sheppardmullin.com | Counsel for Official Committee of Unsecured Creditors<br>Peter Van N. Lockwood, Esq.<br>c/o CAPLAN & DRYSDALE CHARTERED<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>Email: pvnl@capdale.com |

| | | |
|---|---|---|
| ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o O'MELVENY & MYERS<br>Spencer K. Jones, Esq.<br>Christina Brown, Esq.<br>2 Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Email: spencerjones@omm.com<br>cjbrown@omm.com | ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o BERMAN & AIWASIAN<br>Alan S. Berman, Esq.<br>725 S. Figueroa Street, Suite 1050<br>Los Angeles, CA 90017<br>Email: alan@bermanlawgrp.com | ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o O'MELVENY & MYERS LLP<br>Richard Goetz, Esq.<br>Steven H. Bergman, Esq.<br>400 South Hope Street<br>Los Angeles, CA 90071-7899<br>Email: rgoetz@omm.com<br>sbergman@omm.com |
| ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o WOLKIN CURRAN, LLP<br>Brandt L. Wolkin, Esq.<br>Phyllis M. Cantor, Esq.<br>Daniel C. Welch, Esq.<br>555 Montgomery Street<br>Suite 1100<br>San Francisco, CA 94111<br>Email:<br>bwolkin@wolkincurran.com<br>pcantor@wolkincurran.com | ACE Fire Underwriters Insurance Company and ACE Property & Casualty Insurance Company<br>c/o O'MELVENY & MYERS LLP Tancred V. Schiavoni, Esq.<br>Seven Times Square<br>New York, New York 10036<br>Email: tschiavoni@omm.com | American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o GRIPPO & ELDEN LLC<br>Donald A. Vogelsang, Esq.<br>Paul A. Sheldon, Esq.<br>Matthew O. Sitzer, Esq.<br>Lynn H. Murray, Esq.<br>111 South Wacker<br>Chicago, IL 60606<br>Email:<br>dvogelsang@grippoelden.com<br>lmurray@grippoelden.com |
| American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o BRYDON HUGO & PARKER<br>Jeffrey Kaufman, Esq.<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>Email: jkaufman@bhplaw.com | Mt. McKinley Insurance Company<br>Charles E. Wheeler, Esq.<br>c/o COZEN O'CONNOR<br>501 West Broadway; Suite 1610<br>San Diego, CA 92101<br>Email: cwheeler@cozen.com | American Automobile Insurance Company and Fireman's Fund Insurance Company<br>c/o CROWELL & MORING<br>Mark D. Plevin, Esq.<br>Cynthia L. Kendrick, Esq.<br>Leslie A. Davis, Esq<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Email: mplevin@crowell.com<br>ckendrick@crowell.com<br>ldavis@crowell.com |
| Insurance Company of the West<br>Valerie A. Moore, Esq.<br>Eugenie Gifford Baumann, Esq.<br>Sook Y. Won, Esq.<br>c/o HAIGHT, BROWN & BONESTEEL LLP<br>555 South Flower Street, 45th Floor<br>Los Angeles, CA 90071<br>Email: vmoore@hbblaw.com<br>ebaumann@hbblaw.com | American Home Assurance Company Insurance Company of the State of Pennsylvania Granite State Insurance Company<br>Michael S. Davis<br>Anthony Giacobbe<br>c/o ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 223-0400<br>Facsimile: (212) 753-0396<br>Email: mdavis@zeklaw.com<br>agiacobbe@zeklaw.com | American Home Assurance Company Insurance Company of the State of Pennsylvania Granite State Insurance Company<br>c/o LYNBERG & WATKINS<br>Randall J. Peters, Esq.<br>R. Jeff Carlisle, Esq.<br>Benjamin Phelps, Esq.<br>International Tower Plaza<br>888 S. Figueroa Street, 16th Floor<br>Los Angeles, CA 90017-5465<br>Email:<br>rpeters@lynberg.com<br>jcarlisle@lynberg.com<br>dmorrison@lynberg.com |
| | | |

| | | |
|---|---|---|
| Safety National Casualty Corporation<br>c/o ANDREW K. EPTING, JR.<br>Andrew K. Epting, Jr., Esq.<br>3 State Street<br>Charleston, SC 29401<br>Email: ake@epting-law.com | Safety National Casualty Corporation<br>c/o ABBEY, WEITZENBERG, WARREN & EMERY P.C.<br>Mitchell B. Greenberg, Esq.<br>100 Stony Point Road,<br>Suite 200, P.O. Box 1566<br>Santa Rosa, CA 95402-1566<br>Email:<br>mgreenberg@abbeylaw.com | Transport Insurance Company<br>c/o DUANE MORRIS LLP<br>Ray L. Wong, Esq.<br>One Market, Spear Tower<br>Suite 2000<br>San Francisco, CA 94105-1104<br>Email: rlwong@duanemorris.com |
| United States Fidelity and Guaranty Company<br>c/o SIMPSON THACHER & BARTLETT<br>Jonathan Sanders, Esq.<br>Terry G. Sanders, Esq.<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>E-mail: jsanders@stblaw.com | United States Fidelity and Guaranty Company<br>c/o SIMPSON THACHER & BARTLETT<br>Deborah L. Stein, Esq.<br>Robert J. Pfister, Esq.<br>1999 Avenue of the Stars, 29th Floor<br>Los Angeles, CA 90067<br>Email: dstein@stblaw.com<br>rpfister@stblaw.com | United States Fidelity and Guaranty Company<br>c/o SIMPSON, THATCHER & BARTLETT LLP<br>Andrew T. Frankel, Esq.<br>Linda H. Martin, Esq.<br>Craig S. Waldman, Esq.<br>Kathrine A. McLendon<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Email:<br>afrankel@stblaw.com<br>cwaldman@stblaw.com<br>lmartin@stblaw.com<br>kmclendon@stblaw.com |
| United States Fire Insurance Company<br>c/o MUSICK, PEELER & GARRETT<br>Catherine M. Lee, Esq.<br>Chad A. Westfall, Esq.<br>100 Montgomery Street<br>Suite 2525<br>San Francisco, CA 94104<br>Email: c.lee@mpglaw.com<br>c.westfall@mpglaw.com | United States Fire Insurance Company<br>c/o MUSICK, PEELER & GARRETT<br>Stephen M. Green, Esq.<br>Lawrence A. Tabb, Esq.<br>One Wilshire Blvd. # 2000<br>Los Angeles CA 90017<br>Email: s.green@mpglaw.com<br>l.tabb@mpglaw.com | United States Fire Insurance Company<br>Troutman Sanders LLP<br>Clint Cameron, Esq.<br>Seth Erikson Esq.<br>55 West Monroe Street, Suite 3000<br>Chicago, IL 60603-5758<br>Telephone (312) 759-1925<br>Clinton.Cameron@troutmansanders.com<br>Seth.Erickson@troutmansanders.com |
| Arrowood Indemnity Company f/k/a Royal Indemnity Company<br>c/o SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>Lillian Stenfeldt, Esq.<br>Robert S. Gebhard, Esq.<br>333 Bush Street - 30th Floor<br>San Francisco, CA 94104-2834<br>Email: lillian.stenfeldt@sdma.com<br>robert.gebhard@sdma.com<br>nick.boos@sdma.com | Sompo Japan Insurance Company of America<br>c/o WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>Mark Ledwin, Esq.<br>3 Gannett Drive<br>White Plains, NY 10604<br>Email: mark.ledwin@wilsonelser.com | Sompo Japan Insurance Company of America<br>c/o YOUNGERMAN & MCNUTT<br>Stephen Youngerman, Esq.<br>William J. Glazer, Esq.<br>Nicole A. Temkin, Esq<br>11150 W. Olympic Blvd., Ste 900<br>Los Angeles, CA 90064<br>Email: sy@ymlaw.net |

Case: 09-31347 Doc# 2865 Filed: 10/09/14 Entered: 10/09/14 15:22:50 Page 29 of 30

| Sompo Japan Insurance Company of America<br>c/o WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>Joanne Madden, Esq.<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>Email:<br>joanne.madden@wilsonelser.com | United National Insurance Company<br>c/o NIXON PEABODY LLP<br>Gregory E. Schopf, Esq.<br>One Embarcadero Center, Suite 1800<br>San Francisco CA 94111<br>Email: gschopf@nixonpeabody.com | United National Insurance Company<br>c/o NIXON PEABODY LLP<br>Gregory E. Schopf, Esq.<br>One Embarcadero Center, Suite 1800<br>San Francisco CA 94111<br>Email: gschopf@nixonpeabody.com |
|---|---|---|
| John "Clay" Gregory<br>c/o Law Office of John M. Gregory<br>1733 Woodside, Suite 200<br>Redwood City, CA 94061<br>Email: john.m.gregory@comcast.net | | |

**[X] BY U.S. MAIL:** I am personally and readily familiar with the business practice of Dentons US LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service for service on the persons listed below.

| USBC Manager-San Francisco<br>United States Bankruptcy Court<br>235 Pine Street<br>P.O. Box 7341<br>San Francisco, CA 94120-7341 | | |
|---|---|---|

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on October 9, 2014 at San Francisco, California.

*/s/ Edward K. Low*
Edward K. Low

Case: 09-31347 Doc# 2865 Filed: 10/09/14 Entered: 10/09/14 15:22:50 Page 30 of 30